| | |
|---|---|
| Debtor 1 | **Michael A. Mimoso** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Amelie Mimoso** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:20-bk-01242** |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $   237,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $   44,847.28 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $   281,847.28 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   138,175.00 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $   6,121.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $   51,105.93 |
| **Your total liabilities** | $   195,401.93 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................. | $   6,827.16 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................... | $   6,066.17 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7.   **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum     Summary of Your Assets and Liabilities and Certain Statistical Information     page 1 of 2

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$      8,374.99

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $    0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $    6,121.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $    0.00 |
| 9d. Student loans. (Copy line 6f.) | $    0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $    0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$    0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $    6,121.00 |

| Debtor 1 | **Michael A. Mimoso** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelie Mimoso** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number  1:20-bk-01242

☐ Check if this is an
  amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

**512 W. Areba Avenue**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Hershey**        **PA**    **17033-0000**
City        State    ZIP Code

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $237,000.00 | $237,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Dauphin**
County

Other information you wish to add about this item, such as local property identification number:

**Value per appraisal - see attached**

☐ Check if this is community property
  (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...................................................................=>**

| |
|---|
| $237,000.00 |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Mitsubishi** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Lancer** | ☐ Debtor 1 only | |
| | Year: | **2016** | ■ Debtor 2 only | |
| | Approximate mileage: | **25,544** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $9,469.00 / $9,469.00 |

| 3.2 | Make: | **Nissan** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Versa** | ■ Debtor 1 only | |
| | Year: | **2011** | ☐ Debtor 2 only | |
| | Approximate mileage: | **98,000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $6,727.00 / $6,727.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=> | $16,196.00 |
|---|---|---|

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

| Furniture, appliances, hand tools, books, guitar, lawn mower, sewing machine, luggage and nebulizer | $905.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| (2) TVs, computer, printer and tablet | $625.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ■ No
   - ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ■ No
   - ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ■ No
    - ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ■ Yes. Describe.....

| Men and women's clothing | $500.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ■ Yes. Describe.....

| Jewelry | $1,000.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☐ No
    - ■ Yes. Describe.....

| 3 dogs | $100.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ■ No
    - ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................ | **$3,130.00**

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ■ Yes.................................................................................................................

| | **Cash** | $2.00 |
|---|---|---|

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **checking** | **Members First Federal Credit Union (joint)** | $100.00 |
| 17.2. | **savings** | **Members First Federal Credit Union (joint)** | $5.00 |
| 17.3. | **savings** | **Scotiabank (Debtor 2 only)** | $2,120.79 |
| 17.4. | **checking** | **Members First Federal Credit Union (Funds in account belong to daughter, Natalie A. Mimoso)** | $151.83 |
| 17.5. | **savings** | **Members First Federal Credit Union (Funds in account belong to daughter, Natalie A. Mimoso)** | $2,949.94 |

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
■ Yes..................

Institution or issuer name:

|  |  |
|---|---|
| **10/shares of Rite Aid Corporation Stock at $15.47/share (joint)** | $154.70 |

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**
■ No
☐ Yes.  Give specific information about them...................
Name of entity:                                              % of ownership:

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
Type of account:                    Institution name:

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................
Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............    Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them.

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them.

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them.

| **Money or property owed to you?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|

28. **Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2018 | Local tax refund | $126.00 |
|---|---|---|

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
      Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☐ No
   ■ Yes.  Give specific information..

| **Debtor husband's share (1/4) of mother's estate consisting of 2 story home located at A-15 Angel L. Ortiz (A) St. Paradis Dev, Caguas, Puerto Rico  00725 (value $96,000.00).  There are past due real estate due on the property in the amount of$6,755.91.** | $19,911.02 |
|---|---|

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..............................................................................................................    | **$25,521.28** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | **$237,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$16,196.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$3,130.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$25,521.28** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$44,847.28** | Copy personal property total    **$44,847.28** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$281,847.28** |

# INVOICE

**FROM:**

Frank Tomecek Real Estate Services
110 N. Market Street
P.O. Box 410
Schaefferstown, PA 17088

Telephone Number: 717-949-2678  Fax Number: 717-949-2601

**TO:**

Michael Mimoso
512 W. Areba Avenue
Hershey, PA 17033

Telephone Number: 717-319-8344  Fax Number:
Alternate Number:  E-Mail: mikemimoso54@gmail.com

| INVOICE NUMBER |
| --- |
| 36966 |
| **DATE** |
| 05/05/2020 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | 36966 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 36966 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| Lender: | Michael Mimoso | Client: | Michael Mimoso |
| Purchaser/Borrower: | n/a | | |
| Property Address: | 512 W Areba Ave | | |
| City: | Hershey | State: PA | Zip: 17033 |
| County: | Dauphin | | |
| Legal Description: | Deed Reference 0630200140 | | |

| FEES | AMOUNT |
| --- | --- |
| Appraisal | 450.00 |
| **SUBTOTAL** | 450.00 |

| PAYMENTS | | | | AMOUNT |
| --- | --- | --- | --- | --- |
| Check #: | Date: | Description: | Paid | 450.00 |
| Check #: | Date: | Description: | | |
| Check #: | Date: | Description: | | |
| | | | **SUBTOTAL** | 450.00 |
| | | | **TOTAL DUE** | $ 0 |

# USPAP ADDENDUM

File No. 36966

| | |
|---|---|
| Borrower | n/a |
| Property Address | 512 W Areba Ave |
| City | Hershey |
| County | Dauphin |
| State | PA |
| Zip Code | 17033 |
| Lender | Michael Mimoso |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report        This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: In analyzing the market trends for this particular area, the reasonable exposure time for the subject property to meet the qualifications set forth in the definitions of market value is expected to be 30 days. Please note that this figure may vary depending on how aggressive the property is actually marketed. The above mentioned time frame is for a moderate level of market exposure; assuming that the property is placed on the market utilizing the assistance of a realtor and placed in a Multiple Listing Service.

## Additional Certifications

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Additional Comments

**APPRAISER:**

Signature: *Frank Tomecek*

Name: Frank Tomecek

Date Signed: 05/11/2020

State Certification #: GA000374L

or State License #:

State: PA

Expiration Date of Certification or License: 06/30/2021

Effective Date of Appraisal: 05/05/2020

**SUPERVISORY APPRAISER: (only if required)**

Signature:

Name:

Date Signed:

State Certification #:

or State License #:

State:

Supervisory Appraiser Inspection of Subject Property:

**Appraisal Report**

# Uniform Residential Appraisal Report

File # 36966

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

SUBJECT

| | |
|---|---|
| Property Address | 512 W Areba Ave | City Hershey | State PA | Zip Code 17033 |
| Borrower n/a | Owner of Public Record Michael & Amelie Mimoso | County Dauphin |
| Legal Description Deed Reference 0630200140 | |
| Assessor's Parcel # 23-035-012-000-0000 | Tax Year 2020 | R.E. Taxes $ 3,717 |
| Neighborhood Name Central Hershey | Map Reference 25420 | Census Tract 0243.00 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant  Special Assessments $ 0  ☐ PUD  HOA $ 0  ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) to determine a fair market value

Lender/Client Michael Mimoso  Address 512 W. Areba Avenue, Hershey, PA 17033

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). Dauphin County Multi Listing Services (Bright MLS), Courthouse Records

CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ _____ Date of Contract _____ Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

NEIGHBORHOOD

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | Property Values | ☐ Increasing ☒ Stable ☐ Declining | PRICE $ (000) | AGE (yrs) | One-Unit | 70 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | Low 120 | 10 | 2-4 Unit | 10 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | High 1,000 | 100 | Multi-Family | 10 % |
| | | | | Pred. 300 | 50 | Commercial | 10 % |
| | | | | | | Other | |

Neighborhood Boundaries North of Route 322, south of Route 422, east of Hockersville Road and west of Homestead Road

Neighborhood Description Located in Derry Township in a residential neighborhood that is composed of detached single family dwellings that vary in style. The surrounding area consists of single and multi dwelling units. Most amenities including shopping, employment and public transportation are within 1 to 3 miles. Easy access to major roads. No adverse items noted.

Market Conditions (including support for the above conclusions) The property values have been stable in the neighborhood and the surrounding marketing area. The marketing time for single or multi-family properties that are reasonably priced is generally between 0 to 3 months. Current interest rates range between 3% and 6%.

SITE

| | | | | |
|---|---|---|---|---|
| Dimensions 75x150x75x150 | Area 11250 sf | Shape Rectangular | View N;Res; | |

Specific Zoning Classification HM  Zoning Description Hershey Mixed

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe n/a

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Paved | ☒ | |
| Gas | | None | Sanitary Sewer | ☒ | | Alley Along Rear | ☒ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 42043C0368D  FEMA Map Date 08/02/2012

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

The site consists of an average lot in terms of size and appeal for the neighborhood and there are no adverse easements or encroachments.

IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls | Concblock-Avg | Floors | Wd/Vintile-Fair/Avg |
| # of Stories 1 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | Brick-Avg | Walls | Plaster-Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 1,522 sq.ft. | | Roof Surface | Asphshingle-Avg | Trim/Finish | Wood-Avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 62 % | | Gutters & Downspouts | Aluminum-Avg | Bath Floor | Vinyl-Avg |
| Design (Style) Ranch | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Casement-Avg | Bath Wainscot | Ceramictile-Avg |
| Year Built 1957 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | Insulated-Avg | Car Storage ☐ None | |
| Effective Age (Yrs) 25 | | ☐ Dampness ☐ Settlement | | Screens | Mesh-Avg | ☒ Driveway # of Cars 1 |
| Attic ☐ None | | Heating ☐ FWA ☒ HWBB ☐ Radiant | | Amenities | | Driveway Surface Paved | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Oil | | ☐ Fireplace(s) # 1 ☐ Fence None | ☒ Garage # of Cars 1 |
| ☐ Floor ☒ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Rear ☐ Porch Front | ☐ Carport # of Cars 0 |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☐ Other Stoop | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 6 Rooms  1.1 Bath(s)  1,522 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Insulated casement windows. There is an electric fireplace in the living room.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C5;No updates in the prior 15 years;to the kitchen or bathrooms. Part of the main bath had some tile replaced. Deferred maintenance includes the shrubbery around the home is overgrown, the window frames need painted, the garage side door needs replaced, the wood flooring in the living room and dining room flooring need replaced. The heat in the dining room has been disconnected due to a leak.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

# Uniform Residential Appraisal Report

File # 36966

There are **0** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **0** to $ **0**.

There are **9** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **159,900** to $ **310,000**.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 512 W Areba Ave Hershey, PA 17033 | 534 W Areba Ave Hershey, PA 17033 | 557 Beech Ave Hershey, PA 17033 | 527 Cedar Ave Hershey, PA 17033 |
| Proximity to Subject | | 0.04 miles SW | 0.10 miles SW | 0.11 miles S |
| Sale Price | $ | $ 270,000 | $ 235,000 | $ 245,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 187.50 sq.ft. | $ 139.22 sq.ft. | $ 144.97 sq.ft. |
| Data Source(s) | | Bright#PADA109632;DOM 20 | Bright#PADA119140;DOM 5 | Bright#PADA1113716;DOM 10 |
| Verification Source(s) | | MLS/Tax Records | MLS/Tax Records | MLS/Tax Records |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;8100 | 0 | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s06/19;c05/19 | | s03/20;c02/20 | | s10/19;c08/19 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 11250 sf | 10890 sf | 0 | 10890 sf | 0 | 10890 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Ranch | DT1;Ranch | | DT1;Ranch | | DT1;Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 63 | 63 | | 53 | 0 | 57 | 0 |
| Condition | C5 | C4 | -5,000 | C4 | -5,000 | C4 | -5,000 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 6 / 3 / 1.1 | 6 / 3 / 1.0 | +2,000 | 5 / 3 / 2.0 | -2,000 | 8 / 5 / 2.0 | -2,000 |
| Gross Living Area | 1,522 sq.ft. | 1,440 sq.ft. | +1,640 | 1,688 sq.ft. | -3,320 | 1,690 sq.ft. | -3,360 |
| Basement & Finished | 1522sf942sfin | 1440sf1440sfin | | 1402sf0sfin | 0 | 1298sf649sfwu | +1,120 |
| Rooms Below Grade | 1rr1br0.0ba0o | 1rr1br0.2ba0o | -6,000 | | +5,000 | 1rr0br0.1ba1o | 0 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Oilhw/Cent | Gasfa/Cent | | Gasfa/Cent | | Oilhw/None | +2,000 |
| Energy Efficient Items | Insul wndws | Insul wndws | | Insul wndws | | Insul wndws | |
| Garage/Carport | 1ga2dw | 2dw | +3,000 | 1ga1dw | 0 | 2dw | +3,000 |
| Porch/Patio/Deck | Stp/Por/Patio | Stp/Pat/Enclpr | -2,000 | Porch/Patio | 0 | Stp/Pat/Deck | 0 |
| Fireplace | Elec Frplc | 2 Fireplace | -2,500 | Fireplace | -1,000 | Fireplace | -1,000 |
| Other | None | 2st gar w/bsmt | -25,000 | None | | None | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -33,860 | ☐ + ☒ - | $ -6,320 | ☐ + ☒ - | $ -7,240 |
| Adjusted Sale Price of Comparables | | Net Adj. 12.5 % Gross Adj. 17.5 % | $ 236,140 | Net Adj. 2.7 % Gross Adj. 6.9 % | $ 228,680 | Net Adj. 3.0 % Gross Adj. 8.0 % | $ 237,760 |

☒ I did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) **Dauphin County Multi Listing Services, (Bright MLS) Tax Records**

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) **Dauphin County Court House Records, Bright MLS**

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Deeds/Tax Records | Deeds/Tax Records | Deeds/Tax Records | Deeds/Tax Records |
| Effective Date of Data Source(s) | 05/06/2020 | 05/06/2020 | 05/06/2020 | 05/06/2020 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject property previously sold 11/30/2005 for $183,000. Prior sale and transfer history of the comparable sales appears to be typical and has no effect on the appraised value.

Summary of Sales Comparison Approach   A thorough search of the surrounding Derry Township area was performed using detached 1 story ranch style homes that range from 1400 to 2000 square feet that have sold within the past year. Some of the sales have occurred prior to the previous 6 months but are similar in market appeal. In developing the direct sales approach value it was necessary to apply plus and minus adjustments to the comparable sales for differences that affect value between them and the subject property. After weighing the comparable sales in terms of most likeness; each one has been given some weight in the value reported for this approach. See attached addendum for additional support for the value arrived at in the report.

Indicated Value by Sales Comparison Approach $ **237,000**

Indicated Value by: Sales Comparison Approach $ **237,000**   Cost Approach (if developed) $   Income Approach (if developed) $

The direct sales comparison approach is considered to provide the typical actions of buyers in the market place and has been used to determine the final estimate of value. The cost approach was not completed due to the age of the improvements. The Income approach does not apply to this property due to the lack of other similar homes that were rented and sold in order to establish a gross rent multiplier.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **237,000** , as of **05/05/2020** , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005    UAD Version 9/2011    Page 2 of 6    Fannie Mae Form 1004 March 2005

# Uniform Residential Appraisal Report

File # 36966

**ADDITIONAL COMMENTS**

n/a

---

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)          n/a

| ESTIMATED | ☐ REPRODUCTION OR | ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|---|---|
| Source of cost data | Marshall/Swift Cost Approach | | DWELLING | 1,522 Sq.Ft. @ $ | =$ |
| Quality rating from cost service | Avg     Effective date of cost data     2020 | | | 1,522 Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | =$ |
| The cost approach is not a reliable method of valuation due to the age | | | Garage/Carport | 450 Sq.Ft. @ $ | =$ |
| of this property.  This approach maybe misleading to the client. | | | Total Estimate of Cost-New | | =$ |
| | | | Less     Physical | Functional | External | |
| | | | Depreciation | | =$( ) |
| | | | Depreciated Cost of Improvements | | =$ |
| | | | "As-is" Value of Site Improvements | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)     40     Years | | | INDICATED VALUE BY COST APPROACH | | =$ |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)?     ☐ Yes     ☐ No     Unit type(s)     ☐ Detached     ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?     ☐ Yes     ☐ No     If Yes, date of conversion.

Does the project contain any multi-dwelling units?     ☐ Yes     ☐ No     Data Source

Are the units, common elements, and recreation facilities complete?     ☐ Yes     ☐ No     If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?     ☐ Yes     ☐ No     If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

File # 36966

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

File # 36966

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Case 1:20-bk-01242-HWV    Doc 23    Filed 06/26/20    Entered 06/26/20 15:42:54    Desc
Main Document    Page 15 of 110

# Uniform Residential Appraisal Report

File # 36966

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Frank Tomecek_ | Signature _____ |
| Name   Frank Tomecek | Name _____ |
| Company Name   Frank Tomecek Real Estate Services | Company Name _____ |
| Company Address   110 N. Market Street, P.O. BOX 410 | Company Address _____ |
| Schaefferstown, PA 17088 | |
| Telephone Number   (717) 949-2678 | Telephone Number _____ |
| Email Address   FRANK56@COMCAST.NET | Email Address _____ |
| Date of Signature and Report   05/11/2020 | Date of Signature _____ |
| Effective Date of Appraisal   05/05/2020 | State Certification # _____ |
| State Certification #   GA000374L | or State License # _____ |
| or State License # | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State   PA | |
| Expiration Date of Certification or License   06/30/2021 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 512 W Areba Ave | Date of Inspection _____ |
| Hershey, PA 17033 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   237,000 | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name   No AMC | COMPARABLE SALES |
| Company Name   Michael Mimoso | ☐ Did not inspect exterior of comparable sales from street |
| Company Address   512 W. Areba Avenue, Hershey, PA 17033 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection _____ |
| Email Address _____ | |

Case 1:20-bk-01242-HWV    Doc 23    Filed 06/26/20    Entered 06/26/20 15:42:54    Desc
Main Document    Page 16 of 110

## Uniform Residential Appraisal Report

File # 36966

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 512 W Areba Ave Hershey, PA 17033 | 538 Chestnut Ave Hershey, PA 17033 | | | | | |
| Proximity to Subject | | 0.21 miles S | | | | | |
| Sale Price | $ | $ 265,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 134.93 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | Bright#PADA109644;DOM 7 | | | | | |
| Verification Source(s) | | MLS/Tax Records | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | | | | |
| Concessions | | Cash;0 | | | | | |
| Date of Sale/Time | | s07/19;c05/19 | | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 11250 sf | 13504 sf | -1,127 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | DT1;Ranch | DT1;Ranch | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Actual Age | 63 | 55 | 0 | | | | |
| Condition | C5 | C4 | -5,000 | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 3 1.1 | 6 3 2.0 | -2,000 | | | | |
| Gross Living Area | 1,522 sq.ft. | 1,964 sq.ft. | -8,840 | sq.ft. | | sq.ft. | |
| Basement & Finished | 1522sf942sfin | 1964sf0sfin | -2,210 | | | | |
| Rooms Below Grade | 1rr1br0.0ba0o | | +5,000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Oilhw/Cent | Oilhw/Cent | | | | | |
| Energy Efficient Items | Insul wndws | Insul wndws | | | | | |
| Garage/Carport | 1ga2dw | 2ga2dw | -3,000 | | | | |
| Porch/Patio/Deck | Stp/Por/Patio | Stoop/Patio | +1,000 | | | | |
| Fireplace | Elec Frplc | None | +500 | | | | |
| Other | None | None | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -15,677 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 5.9 % Gross Adj. 10.8 % | $ 249,323 | Net Adj. % Gross Adj. % | $ | Net Adj. % Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Deeds/Tax Records | Deeds/Tax Records | | |
| Effective Date of Data Source(s) | 05/06/2020 | 05/06/2020 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 70 March 2005 | UAD Version 9/2011 | Fannie Mae Form 1004 March 2005

Form 1004UAD.(AC) — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Supplemental Addendum

File No. 36966

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso | | | | | | |

**I certify that, to the best of my knowledge and belief:**
**I have not performed any prior services regarding the subject property, as an appraiser, or in any other capacity, within the 3 year period immediately preceding acceptance of this appraisal assignment.**

### SUBJECT SECTION

The subject property is located in Derry Township, Dauphin County, PA

The deeded owner of record is Michael A. & Amelie Mimoso

### CONTRACT SECTION

The subject is not currently under agreement.

### NEIGHBORHOOD SECTION

The reported value is below the predominant value of the neighborhood, this will not affect the marketability or future marketability of the subject property. The subject property is not an under improvement for the neighborhood, but is a typical home that blends in well with the surrounding properties. This factor will no affect upon the present or future marketability of the subject property.

### SITE SECTION

The site consists of an average lot for the neighborhood in terms of size and appeal. There are no known adverse environmental conditions effecting the subject properties that the appraiser could observe.

The highest and best use of the subject property has been analyzed and considered to be its current single family use. Please note that in the development of the appraisal, unless otherwise indicated, land is appraised as though vacant and available for development to its highest and best use, and that the appraisal of the improvements is based on their contribution to the site.

The subject is located in an area that is zoned - **Hershey Mix**

The appraiser is not a home or environmental inspector. The appraiser provides an opinion of value. The appraiser does not guarantee that the property is free of defects or environmental problems. The appraiser performs an inspection of visible and accessible areas only.

The appraiser is not qualified to detect the presence of radon gas in the subject property. Should radon gas contamination be a concern, a qualified professional should be consulted.

The appraiser is not qualified to detect the presence of harmful type mold. Mold may be present in areas that the appraiser cannot see. If mold is a concern, a home or environmental inspection should be performed by a qualified professional.

The appraiser is unable to verify the insulation "R" factor. Any information about insulation stated on the appraisal was provided by inspection, owner, or agent, and is assumed to be accurate. The presence of urea-formaldehyde foam insulation could not be determined.

If UFFI, mold radon or any other non-visible environmental issue is present, the appraised market value may be adversely affected or voided.

This appraisal in not a home inspection and the appraiser in not acting as a home inspector when preparing the report. The inspection is not technically exhaustive. The inspection does not offer warranties or guarantees of any kind. The borrower has the right to have the home inspected by a professional home inspector.

The appraiser cannot be relied upon to disclose the conditions and/or defects in the subject property. When performing the inspection of the subject property, the appraiser visually observed areas that were readily accessible. The appraiser is not required to disturb or move anything that obstructs access or visibility.

There are no leases for oil, gas or mineral leases within the subjects development. There is no active drilling within 200 feet of the subject property.

### IMPROVEMENT SECTION

The subject property is a detached 1 story ranch style home that consists of 1522 square feet. The exterior of the home is brick with an asphalt shingle roof and insulated casement windows. There is a front porch, a front stoop, a rear uncovered patio and a 1 car attached garage. The interior of the home has a living room, a kitchen, a dining room, 3 bedrooms and 1 full bathroom and a 1 half bathroom. The interior walls are finished with plaster and the wood trim is painted. There is a mixture wood and vinyl tile flooring throughout the home. The bathrooms have oil hot water heating system and central air conditioning. The oil tank is located in the basement, no evidence of any odors or leaks at the time of the inspection. The basement has a finished family room, bedroom and laundry room. The exterior shrubbery is over grown. The window frames need painted. The garage side door needs replaced. The some of the wood flooring needs replaced.

The definition of effective age is an appraiser's estimate of the physical condition of the subject property. This opinion is based on the amount of wear and tear the subject has sustained over its lifetime. The difference between the actual age and the effective age is typically due to the level of maintenance and remodeling. Using this definition, I have arrived at an effective age

| Signature | | Signature | |
|---|---|---|---|
| Name | *Frank Tomecek* | Name | |
| | Frank Tomecek | | |
| Date Signed | 05/11/2020 | Date Signed | |
| State Certification # | GA000374L | State | PA | State Certification # | | State |
| Or State License # | | State | Or State License # | | State |

## Supplemental Addendum

File No. 36966

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | |
| City | Hershey | County | Dauphin | State PA | Zip Code 17033 |
| Lender/Client | Michael Mimoso | | | | |

that is lower than the actual age. This is attributed to maintenance and updates that have been made by the various homeowners since purchase.

The subject has average functional utility, is typical in style for the neighborhood, is maintained in similar condition to nearby properties, and blends in well with the surrounding homes.

No warranties are implied and no liability is assumed for the structural or mechanical elements of the property.

### SALES COMPARISON APPROACH SECTION

**BRACKETING- All efforts are made to bracket the sales price, site, square footage, age, bedrooms, baths, garages, basements, and condition. However it is not always possible to do so without jeopardizing the integrity of the report and along with the final value. The difficulty in finding one truly comparable sale is always a task in itself.  The fact that some of the differences between the subject property and the comparable sales has minimal affect on the value reported.**

Basement square footage and finished basement square footage is information that is not readily available through the Dauphin County courthouse, public records or MLS records. Estimates were made base on the total square footage for the comparables where this information was not available.

Some of the comparables are located across major highways. These highways or majors roads  are an integral part of the marketing area and provide quick access to employment, shopping, recreation and other services.  Both the subject and the comparable sales enjoy the benefits of having access to the highway system.

### COMPARABLE COMMENTS

Comparable sales having sold over six months prior were not given a time/date adjustment as market data reveals no significant increase or decline in property values over the past twelve months.

All comparables are settled and were verified with public records and/or with the realtors involved with the transaction. In the Multiple Listing Service, information concerning gross living area, lot size and room count is considered to be accurate. However, no warranties are implied due to the data being supplied by someone other than the appraiser.

### SUMMARY OF SALES COMPARISON

In this market place it is typical to find the seller aiding in the buyers closing costs in the amount of 3%. The comparables that had paid more were adjusted for the differences between them.

There are not many homes of this size, age and quality that have recently sold.  Therefore some of the comparables features vary more than 20% from the subject property. The comparables provided are the most similar ones available. No affect on the subject marketability.

The Direct Sales Comparison Approach is considered to provide the typical actions of buyers and sellers in the marketplace and has been given the most weight in determining the final opinion of value.

Through our appraisal software, the comparable properties utilized in the report are analyzed and weighted for price, price per square foot, indicated value, indicated value per square foot, size, age, largest adjustment difference and percentage of this adjustment, gross adjustment difference and percentage of adjustment, net adjustment difference and percentage of adjustment. The ratios of the gross dollar adjustment to sale price for each comparable is then used to calculate the weight of the comparable.

Adjustments are made to the comparable sales for the differences that affect value in the market place. The adjustments that are made the most are generally for lot size, quality, age, condition, square footage, bedrooms, bathrooms heating and cooling, finished basement areas, garage space, fireplaces, and porches and deck areas. The amount of adjustments used are derived from paired sales that have occurred during the normal course of appraising real property over a period of time. There are no set adjustments for the differences that affect value and the experience of the appraiser has a major role in applying these adjustments that are appropriate and reasonable and in line with market expectations. Therefore, the adjustments made in this report have come from years of experience the appraiser has, from paired sales from a period of time and from having knowledge of the marketing area that the subject property is located in.

The comparables used are similar in market appeal, are the best available from the market area and are all closed sales. The comparable sales presented are the most similar sales available, and are considered generally competitive with the subject property. Adjustments were made to reflect market reactions to differences between the subject and comparables. The rounded rate of $ 20.00 per square foot was applied to square footage difference.  The rounded rate of $.50 cents per square foot of land was applied to the site difference.The first line of the room section in the adjustment grid is for bedroom difference and the second line is for bathroom and square footage difference. The total room count/room sizes are reflected in the gross living area adjustment. The first line of the basement adjustments are applied for the difference in percentage of basement and the second line of the basement adjustments are for finished area differences.

In the valuation of the property, no value has been given to any personal property.

| Signature | *Frank Tomecek* | Signature | |
|---|---|---|---|
| Name | Frank Tomecek | Name | |
| Date Signed | 05/11/2020 | Date Signed | |
| State Certification # | GA000374L | State PA | State Certification # | State |
| Or State License # | | State | Or State License # | State |

Case 1:20-bk-01242-HWV    Doc 23    Filed 06/26/20    Entered 06/26/20 15:42:54    Desc
Main Document      Page 19 of 110

## Supplemental Addendum

File No. 36966

| | |
|---|---|
| Borrower | n/a |
| Property Address | 512 W Areba Ave |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso |

### SALES COMPARISON APPROACH

Analysis of Comparable #1

| Item | Subject | Comp | | +- | | Var % |
|---|---|---|---|---|---|---|
| Price | 0 | 270,000 | | N/A | | N/A |
| Price/SF | 0 | 187.50 | | N/A | | N/A |
| Ind Value | 237,000 | 236,140 | | -860 | | -0.36% |
| Ind Val/SF | 155.72 | 163.99 | | 8.27 | | 5.31% |
| Size | 1,522 | 1,440 | | -82 | | -5.39% |
| Age | 63 | 63 | | 0 | | 0% |

| | |
|---|---|
| Largest Adjustment | : 25,000 |
| Largest Adjustment % | : 9.26% |
| Gross Adjustment | : 47,140 |
| Gross Adjustment % | : 17.46% |
| Net Adjustment | : -33860 |
| Net Adjustment % | : -12.54% |

Analysis of Comparable #2

| Item | Subject | Comp | | +- | | Var % |
|---|---|---|---|---|---|---|
| Price | 0 | 235,000 | | N/A | | N/A |
| Price/SF | 0 | 139.22 | | N/A | | N/A |
| Ind Value | 237,000 | 228,680 | | -8,320 | | -3.51% |
| Ind Val/SF | 155.72 | 135.47 | | -20.24 | | -13% |
| Size | 1,522 | 1,688 | | 166 | | 10.91% |
| Age | 63 | 53 | | -10 | | -15.87% |

| | |
|---|---|
| Largest Adjustment | : 5,000 |
| Largest Adjustment % | : 2.13% |
| Gross Adjustment | : 16,320 |
| Gross Adjustment % | : 6.94% |
| Net Adjustment | : -6320 |
| Net Adjustment % | : -2.69% |

Analysis of Comparable #3

| Item | Subject | Comp | | +- | | Var % |
|---|---|---|---|---|---|---|
| Price | 0 | 245,000 | | N/A | | N/A |
| Price/SF | 0 | 144.97 | | N/A | | N/A |
| Ind Value | 237,000 | 237,760 | | 760 | | 0.32% |
| Ind Val/SF | 155.72 | 140.69 | | -15.03 | | -9.65% |
| Size | 1,522 | 1,690 | | 168 | | 11.04% |
| Age | 63 | 57 | | -6 | | -9.52% |

| | |
|---|---|
| Largest Adjustment | : 5,000 |
| Largest Adjustment % | : 2.04% |
| Gross Adjustment | : 19,480 |
| Gross Adjustment % | : 7.95% |
| Net Adjustment | : -7240 |
| Net Adjustment % | : -2.96% |

| | | | |
|---|---|---|---|
| Signature | *Frank Tomecek* | Signature | |
| Name | Frank Tomecek | Name | |
| Date Signed | 05/11/2020 | Date Signed | |
| State Certification # | GA000374L | State | PA | State Certification # | | State | |
| Or State License # | | State | | Or State License # | | State | |

# Supplemental Addendum

File No. 36966

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso | | | | | | |

### Analysis of Comparable #4

| Item | Subject | Comp | +- | Var % |
|---|---|---|---|---|
| Price | 0 | 265,000 | N/A | N/A |
| Price/SF | 0 | 134.93 | N/A | N/A |
| Ind Value | 237,000 | 249,323 | 12,323 | 5.20% |
| Ind Val/SF | 155.72 | 126.95 | -28.77 | -18.48% |
| Size | 1,522 | 1,964 | 442 | 29.04% |
| Age | 63 | 55 | -8 | -12.70% |

| | |
|---|---|
| Largest Adjustment | : 8,840 |
| Largest Adjustment % | : 3.34% |
| Gross Adjustment | : 28,677 |
| Gross Adjustment % | : 10.82% |
| Net Adjustment | : -15677 |
| Net Adjustment % | : -5.92% |

### Comparables Summary & Estimated Indicated Value

| | Sale Price | Grs Adj % | Ind Value | Weight |
|---|---|---|---|---|
| Comp #1: | 270,000 | 17.46 | 236,140 | 19.85 |
| Comp #2: | 235,000 | 6.94 | 228,680 | 27.97 |
| Comp #3: | 245,000 | 7.95 | 237,760 | 27.19 |
| Comp #4: | 265,000 | 10.82 | 249,323 | 24.98 |

Estimated indicated value is determined by using the Gross Adjustment of sale price for each comparable as a measure of the relative quality of the comp. A lower adjustment indicates a better comp, and vice versa. The ratio of gross dollar adjustment to sale price for each of the comps is used to calculate the weight each comp should have in a weighted average calculation. This weighted average is used to support the final value arrived at by the appraiser. As with any method, this technique is not perfect. However, it does do a very good job of giving more weight to the most similar comps while at the same time minimizing values near the extremes of the indicated value range. These extremes usually are from the necessity of bracketing the differences that is required by the lender and the lack of truly comparable sales that have sold.

## COST APPROACH

The cost approach has not been developed because of the old age of the subject and the difficulty in estimating depreciation. This approach may be misleading to the client. A credible opinion of value can be developed with the exclusion of this approach.

## INCOME APPROACH

The income approach has not been developed due to the fact that single family homes of this type are seldom purchased for income purposes. Therefore, the marketplace lacks adequate rental data in order to arrive at a gross rent multiplier.

## ADDITIONAL COMMENTS

The client is hereby identified as: **Michael Mimosa**

The intended user(s) of this appraisal report is the aforementioned client only; and/or agents of the client with legal documentation indicating their capacity to act as a representative of the client and/or individuals or entities in which has transferred or assigned their rights as a client thereof.

The intended use of this appraisal report is to assist the client in determining a fair market value for bankruptcy proceedings. The use of this appraisal for a purpose other than stated above is prohibited.

This appraisal has been electronically prepared in compliance with USPAP guidelines and Title XI of FIRREA. While there is no way to absolutely prevent unethical or criminal tampering, the report includes a secure digital signature and adequate security measures in place to protect the data produced by the appraiser. Electronic delivery of the report is common. If you are the intended user, as described in this report, and have concerns about its authenticity, you may send the report for verification.

## COMPETENCY

I have been appraising properties in Lebanon, Lancaster, Dauphin and Berks County since 1983 and have done numerous appraisals in the subject's immediate neighborhood. My office is located within 21 miles of the subject property. The data sources for gathering pertinent information for valuing the subject property are as follows. I'm a member of the Lebanon/Lancaster/Berks and Dauphin County Bright Multi-list service, Multi-list service used for searching of comparable sales and listings. Court House on line for tax records are used for verification and Landex Remote for property deeds.

| | | | |
|---|---|---|---|
| Signature | *Frank Tomecek* | Signature | |
| Name | Frank Tomecek | Name | |
| Date Signed | 05/11/2020 | Date Signed | |
| State Certification # | GA000374L    State PA | State Certification # | State |
| Or State License # | | Or State License # | State |

## Supplemental Addendum

| Borrower | n/a | | | | | | |
|----------|-----|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso | | | | | | |

**AIR DISCLOSURE STATEMENT**

The Appraiser has prepared this appraisal in full compliance with applicable Appraiser Independence Requirements and has not performed, participated in, or been associated with any activity in violation of those requirements.

| | |
|---|---|
| Signature _Frank Tomecek_ | Signature |
| Name Frank Tomecek | Name |
| Date Signed 05/11/2020 | Date Signed |
| State Certification # GA000374L State PA | State Certification # State |
| Or State License # State | Or State License # State |

# Subject Photo Page

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso | | | | | | |



### Subject Front

512 W Areba Ave

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 1,522 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 11250 sf |
| Quality | Q4 |
| Age | 63 |



### Subject Rear



### Subject Street

## Photograph Addendum

| | |
|---|---|
| Borrower | n/a |
| Property Address | 512 W Areba Ave |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso |

  

**Street**     **Side view**     **Side view**

  

**At front door shrubbery is overgrown**     **Side and porch view**     **Window frames needs painted**

  

**Window frames needs painted**     **Window frames needs painted**     **Garage door needs replaced**

  

**Parking area**     **Interior of garage**     **overgrown shrubbery**

  

# Photograph Addendum

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso | | | | | |



**Bedroom**



**Half bath**



**Living room**



**Hardwood flooring needs replaced/dog issue**



**Old vinyl flooring in kitchen**



**Kitchen**



**Breakfast area**



**Dining room-no heat cut off**



**Dining room-floor needs replaced-dog issue**



**Central vacuum**



**Basement under dining room- not finished**



**Laundry**







# Photograph Addendum

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso | | | | | |


**Damage ceiling tile**


**Oil tank**


**Basement**


**Old basement shower**


**Basement**


**Electric panel**


**Basement bedroom**


**Damage ceiling in basement bedroom**





# Comparable Photo Page

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso | | | | | | |



### Comparable 1

534 W Areba Ave

| | |
|---|---|
| Prox. to Subject | 0.04 miles SW |
| Sales Price | 270,000 |
| Gross Living Area | 1,440 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10890 sf |
| Quality | Q4 |
| Age | 63 |



### Comparable 2

557 Beech Ave

| | |
|---|---|
| Prox. to Subject | 0.10 miles SW |
| Sales Price | 235,000 |
| Gross Living Area | 1,688 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10890 sf |
| Quality | Q4 |
| Age | 53 |



### Comparable 3

527 Cedar Ave

| | |
|---|---|
| Prox. to Subject | 0.11 miles S |
| Sales Price | 245,000 |
| Gross Living Area | 1,690 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10890 sf |
| Quality | Q4 |
| Age | 57 |

Form LPICPIX.CR — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Comparable Photo Page

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso | | | | | | |



### Comparable 4

| | |
|---|---|
| 538 Chestnut Ave | |
| Prox. to Subject | 0.21 miles S |
| Sales Price | 265,000 |
| Gross Living Area | 1,964 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 13504 sf |
| Quality | Q4 |
| Age | 55 |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Form PICPIX.CR — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Aerial Map

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code 17033 |
| Lender/Client | Michael Mimoso | | | | | |



# Building Sketch

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | |
| Property Address | 512 W Areba Ave | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code 17033 |
| Lender/Client | Michael Mimoso | | | | | |



TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1522 Sq ft | 18 × 13 = 234 |
| | | 26 × 44 = 1144 |
| | | 9 × 16 = 144 |
| **Total Living Area (Rounded):** | **1522 Sq ft** | |
| **Non-living Area** | | |
| Uncovered Patio | 420 Sq ft | 14 × 30 = 420 |
| Attached | 450 Sq ft | 18 × 25 = 450 |
| Basement | 1522 Sq ft | 18 × 13 = 234 |
| | | 26 × 44 = 1144 |
| | | 9 × 16 = 144 |
| Covered Porch | 90 Sq ft | 9 × 10 = 90 |

# Location Map

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 512 W Areba Ave | | | | | | |
| City | Hershey | County | Dauphin | State | PA | Zip Code | 17033 |
| Lender/Client | Michael Mimoso | | | | | | |



Parcel # 49758
~~2H-035-062~~

RECEIVED

*Deed*

2005 NOV 30 P 2:36

RECORDERS OFFICE
COUNTY OF DAUPHIN
PENNSYLVANIA

*This Indenture*, made the 25TH day of November, 2005,

**Between**

    LINDA C. SCHIRALDI

              (hereinafter called the Grantor), of the one part, and

    **MICHAEL A. MIMOSO AND AMELIE MIMOSO, HUSBAND AND WIFE**

              (hereinafter called the Grantees), of the other part,

**Witnesseth**, that the said Grantor for and in consideration of the sum of **One Hundred Eighty-Three Thousand And 00/100 Dollars ($183,000.00)** lawful money of the United States of America, unto her well and truly paid by the said Grantees, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released and confirmed, and by these presents does grant, bargain and sell, release and confirm unto the said Grantees, as tenants by the entirety

ALL THAT CERTAIN lot or piece of land situate in the Township of Derry, Dauphin County, State of Pennsylvania, designated and known as all of lot numbered 33 and the Westerly one-half of lot numbered 34, of Block No. 29 on a plan of lots known as Subdivision "D", bounded and described as follows:

BEGINNING at a point on the South side of West Areba Avenue, said point being seventy-five (75) feet West of the Southwest corner of West Areba Avenue and Orchard Road; thence extending Southwardly at right angles to West Areba Avenue for a distance of one hundred fifty (150) feet to a point on the North side of a fifteen (15) feet wide alley; thence extending Westwardly along the North side of said alley and parallel to West Areba Avenue for a distance of seventy-five (75) feet to a point; thence extending Northwardly at right angles to said alley and West Areba Avenue for a distance of one hundred fifty (150) feet to a point on the South side of West Areba Avenue; thence extending Eastwardly along the South side of West Areba Avenue for a distance of seventy-five (75) feet to the place of BEGINNING.

SUBJECT to all the exceptions, reservations, conditions, and restrictions contained in prior conveyances.

BEING THE SAME PREMISES which Jeffrey A. Romualdi and Diane N. Romualdi, husband and wife, by their Deed dated June 18, 2003 and recorded July 3, 2003 in the Office of the Recorder of Deeds in and for Dauphin County, Pennsylvania, in Record Book 5002, Page 625, granted and conveyed unto Linda C. Schiraldi, the Grantor herein.

1

SLT# 400501904

BK 6302 PG 140

**Together with** all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of her, the said grantor, as well at law as in equity, of, in and to the same.

**To have and to hold** the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, to and for the only proper use and behoof of the said Grantees, their heirs and assigns, forever.

**And** the said Grantor, for herself and her heirs, executors and administrators, does, by these presents, covenant, grant and agree, to and with the said Grantees, their heirs and assigns, that she, the said Grantor, and her heirs, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, against her, the said Grantor, and her heirs, will warrant and defend against the lawful claims of all persons claiming by, through or under the said Grantor but not otherwise.

**In Witness Whereof**, the party of the first part has hereunto set her hand and seal. Dated the day and year first above written.

**Sealed and Delivered**
IN THE PRESENCE OF US:

_____            _____ {SEAL}
                                                                            Linda C. Schiraldi

2

BK 6302 PG 141

Commonwealth of Pennsylvania } ss
County of Dauphin

On this the 25ᵗʰ day of November, 2005, before me, the undersigned Notary Public, personally appeared **Linda C. Schiraldi**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

```
COMMONWEALTH OF PENNSYLVANIA
        Notarial Seal
Connie L. Wertz, Notary Public
Hampden Twp., Cumberland County
My Commission Expires Apr. 8, 2006
Member, Pennsylvania Association of Notaries
```

Connie L Wertz
Notary Public
My commission expires _____

The address of the above-named Grantees is:
**512 West Areba Avenue, Hershey, PA 17033.**

Connie L Wertz
On behalf of the Grantees

I hereby CERTIFY that this document is recorded in the Recorder's Office of Dauphin County, Pennsylvania.

James M. Zugay, Esq.
Recorder of Deeds

| P69634 | 11/20/2005 | | | |
|--------|------------|---|---|---|
| SECURED LAND | BL | | | |
| NO | TRANSACTION | COUNTY | PENNA. | TOTAL |
| 1 | 16 DEEDS | 13.00 | 0.50 | 13.50 |
| 1 | 39 AFFORDABLE HOUSING | 13.00 | | 13.00 |
| 1 | 15 MORTGAGES | 13.00 | 0.50 | 13.50 |
| 1 | 39 AFFORDABLE HOUSING | 13.00 | | 13.00 |
| 13 | 12 EXTRA PAGES | 26.00 | | 26.00 |
| 2 | 59 ACRC | | 20.00 | 20.00 |
| 2 | 53 ACT 1 OF 1998 | 10.00 | | 10.00 |

```
PA REALTY TRANSFER TAXES :                  109.00
   COMMONWEALTH OF PENNSYLVANIA           1830.00
 4  DERRY TWP                              915.00
90  DERRY SCHOOL DIST                      915.00
     CASH..    0.00   CHECK..  3765.00    3,765.00
```

3

BK 6302 PG 142

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE.1LT — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| rub / rubb | Rubber | Improvements, Sales Comparison Approach |
| scrn / scrns | Screen / Screens | " |
| scrnd | Screened | " |
| insul | Insulated | " |
| a / av /avg | Average | " |
| g / gd | Good | " |
| fp / fplce | Fireplace | " |
| wd | Wood | " |
| stv | Stove | " |
| ft | Front | " |
| rr | Rear | " |
| cpt | Carpet | " |
| ele / elec | Electric | " |
| dh | Double Hung | " |
| dbl | Double | " |
| hng | Hung | " |
| roll | Rolled | " |
| fbrglss | Fiberglass | " |
| fbrgl | Fiberglass | " |
| cp | Carport | " |
| bb | Baseboard | " |
| c | Car | " |
| dt / det | Detached | " |
| int | Integral | " |
| bi | Built-in | " |
| pnl | Panel | " |
| sd | Side | " |
| lvl | Level | " |
| cvd | Covered | " |
| sup | Superior | " |
| inf | Inferior | " |
| yrs | Years | " |
| pt / pat | Patio | " |
| d / dk / dck | Deck | " |
| pch / prch | Porch | " |
| unfin | Unfinished | " |
| fin | Finished | " |
| equ | Equal | " |
| lin / lino | Linoleum | " |
| vt | Vinyl tile | " |
| per / perg | Pergo | " |
| enam | Enamel | " |
| crk | Cork | " |
| pls / plst / plas | Plaster | " |
| pntd | Painted | " |
| unk / unknwn | Unknown | |



FROM:

Mr. Migdoel Rodríguez Rivera

Migdoel Rodríguez & Associates - Appraisal Group, PSC

d.b.a. Appraisal Advisors Group

92 Urb. Lakeview Est

Caguas, PR 00725-3320

**Telephone Number:** 787-746-3219          **Fax Number:**

# INVOICE

| INVOICE NUMBER |
| --- |
| 22005007 |
| **DATE** |
| 06/15/2020 |

| REFERENCE | |
| --- | --- |
| **Internal Order #:** | 22005007 |
| **Lender Case #:** | Private |
| **Client File #:** | Private |
| **Main File # on form:** | 22005007 |
| **Other File # on form:** | Private |
| **Federal Tax ID:** | |
| **Employer ID:** | |

**TO:**

Michael Mimoso

,

**Telephone Number:** 717-319-8344          **Fax Number:**

**Alternate Number:**          **E-Mail:** mikemimoso54@gmail.com

## DESCRIPTION

**Lender:** Michael Mimoso          **Client:** Michael Mimoso

**Purchaser/Borrower:** N/A

**Property Address:** A-15, Angel L. Ortíz (A) St., Paradis Dev

**City:** Caguas

**County:** (025)Caguas          **State:** PR          **Zip:** 00725

**Legal Description:** N: Remanent Lot; S: A Street; E: Remanent Lot; W: Carmen Paradis.

| FEES | AMOUNT |
| --- | --- |
| Residential Appraisal 2-Units | 375.00 |
| IVU 4% | 15.00 |
| **SUBTOTAL** | 390.00 |

| PAYMENTS | AMOUNT |
| --- | --- |
| Check #:     Date: 05/18/2020     Description: Full payment | 390.00 |
| Check #:     Date:     Description: | |
| Check #:     Date:     Description: | |
| **SUBTOTAL** | 390.00 |
| **TOTAL DUE** $ | 0.00 |

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
A-15, Angel L. Ortíz (A) St., Paradis Dev
Caguas, PR 00725
N: Remanent Lot; S: A Street; E: Remanent Lot; W: Carmen Paradis.

## FOR
Michael Mimoso

## AS OF
05/30/2020

## BY
Nadia C Rodriguez Gonzalez
Appraisal Advisors Group
92 Urb. Lakeview Est
Caguas, PR 00725-3320
(787) 746-3219
aagroup01@gmail.com

# USPAP Compliance Addendum

| Client | Michael Mimoso | | | | |
|---|---|---|---|---|---|
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev | | | | |
| City | Caguas | County | (025)Caguas | State PR | Zip Code 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

☐ Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

☒ Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b), and is intended only for the use of the client and any other named intended user(s). Users of this report must clearly understand that the report may not contain supporting rationale for all of the opinions and conclusions set forth in the report.

## ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief:

▪ The statements of fact contained in this report are true and correct.

▪ The report analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

▪ I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or specified) personal interest with respect to the parties involved.

▪ I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

▪ My engagement in this assignment was not contingent upon developing or reporting predetermined results.

▪ My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

▪ My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

▪ This appraisal report was prepared in accordance with the requirements of Title XI of FIRREA and any implementing regulations.

## PRIOR SERVICES

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

## PROPERTY INSPECTION

☐ I have NOT made a personal inspection of the property that is the subject of this report.

☒ I HAVE made a personal inspection of the property that is the subject of this report.

## APPRAISAL ASSISTANCE

Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

## ADDITIONAL COMMENTS

Additional USPAP related issues requiring disclosure and/or any state mandated requirements:

## MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

☒ A reasonable marketing time for the subject property is __90 - 180__ day(s) utilizing market conditions pertinent to the appraisal assignment.

☒ A reasonable exposure time for the subject property is __90 - 180__ day(s).

## APPRAISER

Signature

Name: Nadia C Rodriguez Gonzalez

Date of Signature: 06/15/2020

State Certification #: 216RC

or State License #:

State: PR

Expiration Date of Certification or License: 08/28/2022

Effective Date of Appraisal: 05/30/2020

## SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature

Name: Migdoel Rodriguez-Rivera

Date of Signature: 06/15/2020

State Certification #: PRGC201

or State License #:

State: PR

Expiration Date of Certification or License: 10/04/2020

Supervisory Appraiser Inspection of Subject Property

☒ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior

# RESTRICTED APPRAISAL REPORT

Private

File No.: 22005007

## SUBJECT

| | |
|---|---|
| Property Address: A-15, Angel L. Ortíz (A) St., Paradis Dev | City: Caguas | State: PR | Zip Code: 00725 |

County: (025)Caguas  Legal Description: N: Remanent Lot; S: A Street; E: Remanent Lot; W: Carmen Paradis.

Assessor's Parcel #: 225-035-012-17-001

Tax Year: 2020   R.E. Taxes: $ 0   Special Assessments: $ 0   Borrower (if applicable): N/A

Current Owner of Record: Sucesión Carmen I. Ortíz de Mimoso   Occupant: ☐ Owner ☐ Tenant ☒ Vacant ☐ Manufactured Housing

Property Type: ☐ SFR ☒ 2-4 Family   # of Units: 2   Ownership Restriction: ☒ None ☐ PUD ☐ Condo ☐ Coop

Market Area Name: Paradis Development   Map Reference: 41980   Census Tract: 2010.00   ☐ Flood Hazard

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach ☐ Other:

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Determine market value.

Under USPAP Standards Rule 2–2(b), this is a Restricted Appraisal Report, and is intended only for the sole use of the named client. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.

Client: Michael Mimoso   Address:

Appraiser: Nadia C Rodriguez Gonzalez   Address: 92 Urb. Lakeview Est, Caguas, PR 00725-3320

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | A-15, Angel L. Ortíz (A) St., Paradis D Caguas, PR 00725 | AM-9, 31-A St., Residencial Bairoa Caguas, PR 00725 | | AC-1, Rodrigo Triana St.,Residencial Bairoa, Caguas, PR 00725 | | A-22, Ricky Seda St., Valle Tolima Caguas, PR 00725 | |
| Proximity to Subject | | 1.00 miles NW | | 0.95 miles N | | 0.98 miles W | |
| Sale Price | $ 0 | $ | 97,000 | $ | 105,000 | $ | 105,000 |
| Sale Price/GLA | $ /sq.ft. | $ 48.07 /sq.ft. | | $ 54.21 /sq.ft. | | $ 87.50 /sq.ft. | |
| Data Source(s) | Mrs. Rodriguez | Tasamax 119100; DOM Unk | | Tasamax 120480; DOM 90 | | Tasamax 119548; DOM 90 | |
| Verification Source(s) | Field Inspection | Fellow Appraiser | | Fellow Appraiser | | Fellow Appraiser | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | 0 | None None | | None None | | Seller Concession $5,000.00 | -5,000 |
| Date of Sale/Time | N/A | 06/17/2019 | | 07/31/2019 | | 06/29/2019 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Caguas Town | Average | | Residencial Bairoa | | Valle Tolima Dev | |
| Site | 200 sqm @ $120 | 300 sqm @ $100 | -6,000 | 314 sqm @ $100 | -7,400 | 223 sqm @ $120 | -2,760 |
| View | Residential/Avg. | Residential/Average | | Residential/Avg. | | Residential/Avg. | |
| Design (Style) | 2-Units/2-Stories | 2-Units/2-Stories | | 4-Units/2-Story | 0 | 2-Units/2-Story | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | ~60 Years | 46 Years | 0 | 45 Years | 0 | 48 Years | 0 |
| Condition | Average | Average | | Average | | Average (-2%) | -2,100 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 10  4  2 | 10  6  4 | -2,000 | 16  4  4.0 | -2,000 | 10  4  2.0 | 0 |
| Gross Living Area | 2,001 sq.ft. | 2,018 sq.ft. | +1,035 | 1,937 sq.ft. | +2,250 | 1,200 sq.ft. | +13,305 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | None | None | | None | | None | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | None | 2-Car Ext. Carport | -5,000 | 1-Car Carpot | -2,500 | 2-Car Carport | -5,000 |
| Porch/Patio/Deck | (2) Porch | Porch,Balcony | -1,000 | None | +2,000 | Porch | +1,000 |
| Extras | Fnc,Pa | Fnc,Pa | | Fnc,Pa | | Fnc,Pa | |
| Extras | Ldy | OTer,Ldy | -500 | Clo | +1,500 | Sto,Ba, (2)Ldy | -3,500 |
| Extras | None | None | | (2)OTer, (3)Ldy | -5,000 | ATer,OpenArea | -500 |
| Extras | Unfinished Structure | None | +3,000 | None | +3,000 | None | +3,000 |
| Repairs Needed | Repairs Needed | None | -650 | None | -650 | None | -650 |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -11,115 | ☐ + ☒ - $ | -8,800 | ☐ + ☒ - $ | -2,205 |
| Adjusted Sale Price of Comparables | | $ | 85,885 | $ | 96,200 | $ | 102,795 |

Summary of Sales Comparison Approach   See attached addendum. Differences in gross living area (GLA) are adjusted based on a contributory unitary rate of $15.00 per square foot. Based on the method of allocation, differences in site area are adjusted, based on $100.00 per sm for the Subject and $100.00, $100.00, and $120.00 per sm for Comparables 1, 2, and 3, respectively. A negative adjustment of 2% is applied in the "Condition" adjustment line grid of Comparable 3, to account for the fact that this comparable has updated ceramic tiles installed throughout in the entire property. The range of the adjusted sale prices of the comparables is from $85,885.00 to $102,795.00. The most probable indicated value for the subject property is estimated to be $96,200.00, rounded to $96,000.00. Most weight is given to Comparable 2; the statistical median of the adjusted sale prices of the comparables.

In order to make this appraisal "as is", the total estimated cost of the repairs that are observed to be needed is applied as a negative adjustment in the "Repairs Needed" adjustment line grid of Comparables 1, 2, and 3, respectively.

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRTD2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   12/2013

GP RESTRICTED

# RESTRICTED APPRAISAL REPORT

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Owner interview

**1st Prior Subject Sale/Transfer**

Analysis of sale/transfer history and/or any current agreement of sale/listing: No prior sales or transfers were identified for the Subject, within three years from the effective date of the appraisal. No prior sales or transfers were identified for the comparables, within one year from the dates of sale shown in the sales comparison adjustment grid.

Date: N/A
Price: N/A
Source(s): Owner

**2nd Prior Subject Sale/Transfer**

Date: N/A
Price: N/A
Source(s): Owner

## MARKET

Subject Market Area and Marketability: The subject property's market area is considered to have an average appeal to the market. The marketability of those properties located in the subject property's development is good, given that this neighborhood is located near PR-52 and PR-33, which provide good access to schools, shopping malls, service establishments, etc.

## SITE

Site Area: 200 sqm @ $120     Site View: Residential/Avg.     Topography: Level     Drainage: Average

Zoning Classification: R-C (CUT-12)     Description: "Residencial Comercial"

Zoning Compliance: ☒ Legal     ☐ Legal nonconforming (grandfathered)     ☐ Illegal     ☐ No zoning

Highest & Best Use: ☒ Present use, or     ☐ Other use (explain)

Actual Use as of Effective Date: Residential     Use as appraised in this report: Residential

Opinion of Highest & Best Use: Residential

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X     FEMA Map # 72000C1210J     FEMA Map Date 11/18/2009

Site Comments: No visible or apparent adverse encroachment was noted during the subject's property inspection. The site measure was obtained by a legal description provided by the client. The site area is a 189 sm.

## IMPROVEMENTS

Improvements Comments: The subject is of average quality construction and is in average condition. Several items were observed to require immediate repairs; refer to the attached "Repair and Maintenance Addendum".

## RECONCILIATION

| | |
|---|---|
| Indicated Value by: Sales Comparison Approach $ | 96,000 |
| Indicated Value by: Cost Approach (if developed) $ | Indicated Value by: Income Approach (if developed) $ |

Final Reconciliation: Market actions of buyers and sellers are best analyzed following the Sales Comparison Approach. Therefore, this approach offers the most reliable estimate of the market value. That approach is given greatest weight in the reconciliation. The Cost Approach provides confirmation of value only. The income approach was considered inapplicable.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: The appraisal is made "as is". Dimensions of the site were taken from the copy of the property deed provided by the client. There are not other conditions noted, than those listed in the attached Limiting Condition..

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 96,000 , as of: 05/30/2020 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.**

## ATTACHMENTS

A true and complete copy of this report contains 23 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work     ☒ Limiting Cond./Certifications     ☐ Narrative Addendum     ☒ Photograph Addenda     ☒ Sketch Addendum
☒ Map Addenda     ☐ Additional Sales     ☐ Cost Addendum     ☐ Flood Addendum     ☐ Manuf. House Addendum
☐ Hypothetical Conditions     ☐ Extraordinary Assumptions

Client Contact: Michael Mimoso     Client Name: Michael Mimoso
E-Mail: mikemimoso54@gmail.com     Address:

## SIGNATURES

**APPRAISER**

Appraiser Name: Nadia C Rodriguez Gonzalez
Company: Appraisal Advisors Group
Phone: (787) 746-3219     Fax:
E-Mail: aagroup01@gmail.com
Date of Report (Signature): 06/15/2020
License or Certification #: 216RC     State: PR
Designation:
Expiration Date of License or Certification: 08/28/2022
Inspection of Subject: ☒ Interior & Exterior     ☐ Exterior Only     ☐ None
Date of Inspection: 05/30/2020

**SUPERVISORY APPRAISER (if required)
or CO-APPRAISER (if applicable)**

Supervisory or
Co-Appraiser Name: Migdoel Rodriguez-Rivera
Company: Appraisal Advisors Group
Phone: (787) 746-3219     Fax: (787) 746-1556
E-Mail: aagroup01@gmail.com
Date of Report (Signature): 06/15/2020
License or Certification #: PRGC201     State: PR
Designation:
Expiration Date of License or Certification: 10/04/2020
Inspection of Subject: ☐ Interior & Exterior     ☐ Exterior Only     ☒ None
Date of Inspection:

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESTRICTED**

Form GPRTD2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     12/2013

| Client | Michael Mimoso |
|---|---|
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev |
| City | Caguas | County | (025)Caguas | State | PR | Zip Code | 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso |

**Beginning Addendum**

• **GP Restricted Use : Neighborhood - Boundaries**

Boundaries of the neighborhood are: to the North by: PR-189, to the South by: PR-34, to the East by: PR-183 and to the West by PR-52.  The subject property is located in an urban area of the municipality of Caguas.

• **GP Restricted Use : Neighborhood - Description**

The subject property is part of the Paradis Development. This area is mostly bordered by other residential developments. No vacant land is available. It has reasonable access to major shopping centers, schools, entertainment centers, and employment centers. Fire and police protection is offered by the central government.

This is a 75 year-old neighborhood. Nevertheless, most properties in this vicinity are observed to have had adequate deferred maintenance. Yards and landscapes are in average condition. The size of the streets  is the standard size for this type of neighborhood, which permits on-street parking and a good flow of traffic. Sidewalks, curbs, and grass strips are average.The municipal government of Caguas is in charge of the maintenance of these streets. Street lighting is adequate.

**Ending Addendum**

Clarifying Statement in the Scope of Work

The Intended User of this appraisal report is the client and all of those authorized by the client. The intended use is to evaluate the property that is the subject of this appraisal for assisting the client in establishing a sale price, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Current Owner: The appraiser has relied on the information provided by the clients in order to identify the owner of public record.

Cause of Action:

Any cause of action resulting between the appraiser and the client, in relation to this appraisal, either directly or indirectly, will be limited in damages to the amount of the appraisal fee received for the assignment. Furthermore, it is agreed that you will indemnify Eng. Migdoel Rodríguez d.b.a. Appraisal Advisors Group for any damages, costs, expenses, and attorney's fees resulting from any cause of action by any interested party, other than the client, concerning the appraisal or appraisal report.

Definition of Complete Visual Inspection:  In this appraisal the term "Complete Visual Inspection" means that the appraiser inspected those conditions that may have an effect in the market value. This include repairs that can be identified with a visual inspection. Nevertheless, it should be clear that the appraiser is not a "home inspector".  The lender, client, and all insterested parties are invited to employ the services of a "home inspector" in order to assure that conditions that are not easily observed in a visual inspection are properly identified and reported.

Physical deficiencies that could affect the livability, soundness, or structural integrity of the property: In this appraisal  this phrase means that the appraiser visually inspected the property and look ed for  items such as the functional obsolescence, safety issues, external obsolescence, and health issues that may affect the livability of the property, therefore affect the market value of the property, and that can be easily observed in a visual inspection . It also means that the appraiser inspected the property and looked for items such as cracks, humidity, paint defects, infestation with insects that may affect the wood components, plastering defects, loose or missing tiles and settlement that may affect the soundness or structural integrity of the property, therefore affect the market value of the property, and that can be easily observed in a visual inspection. The client is invited to employ the services of a "home inspector"  or of a "structural civil engineer" in order to assure that conditions that are not easily observed in a visual inspection are properly identified and reported.

**Appraisal Institute Certification:**

The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Appraisal Institute's Code of Professional Ethics and Standards of Professional Appraisal Practice, which include the Uniform Standards of Professional Appraisal Practice.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

As of the date of this report, Migdoel Rodriguez, SRA, MAI, has completed the continuing education program of the Appraisal Institute.

**Comments on Guide Note 10 published by the Appraisal Institute:**

In recent years, the United States has experienced terrorist attacks, unusually destructive natural disasters and catastrophic man-made disasters. The aftermath of a disaster poses special challenges in real property valuation. During such periods, real property markets in affected areas often exhibit instability, even chaos. Analyzing market data in such markets can be difficult. Appraisers and clients regularly have sought guidance from the Appraisal Institute on how to handle these situations. In response, the Appraisal Institute offers Guide Note 10 on "Developing an Opinion of Market Value in the Aftermath of a Disaster" to assist appraisers and clients. The purpose of Guide Notes to the Appraisal Institute's Standards of Professional Appraisal Practice is to provide guidance as to how the requirements of the Standards may apply in specific situations.

Puerto Rico is currently suffering the effects of the COVID-19 global pandemic, which has led the government of Puerto Rico to implement a "lockdown", as of March 15, 2020. The implementation of this "lockdown" has resulted in the hindering of most economic activity in the island. In addition, as of the effective date of this appraisal report, unemployment has risen to a levels never seen before.

| Client | Michael Mimoso | | | | |
|---|---|---|---|---|---|
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev | | | | |
| City | Caguas | County | (025)Caguas | State PR | Zip Code 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso | | | | |

According to Guide Note 10, "Forces that influence real property values include social trends, economic circumstances, governmental controls, and regulations and environmental conditions. Any or all of these might be impacted by a disaster. Factor that create value include utility, scarcity, desire and effective purchasing power. Again, any or all of these might become issues in the aftermath of a disaster."

Given that the effective date of this appraisal report is after March 15, 2020, which marks the date in which the national lockdown was implemented, no more sale transactions have been able to be settled. Therefore, there are no available comparable sales settled on or after this date.

According to Guide Note 10 "The principles of anticipation and change are especially relevant to valuation assignments in the aftermath of a disaster. There is generally a great deal of uncertainty in the market during this time period. Is the disaster likely to be repeated in the near future? Will further damage and destruction result? What is the extent of the damage? To what degree can structures be replaced? Are there environmental concerns, and if so, to what extent? And how long will it take before things return to "normal"? The impact of such uncertainty may be readily perceived but difficult to measure. Uncertainty in real estate markets means increased risk to property owners and investors. Such increased risk might be reflected in higher capitalization and discount rates. It might also be manifested in "discounted" prices – which to some degree might offset upward pressure on prices resulting from increased demand and decreased supply."

Under current circumstances, it is important to communicate the relative reliability of the value opinion. It is also appropriate to point out that the data upon which the appraisal is based is limited in quantity or quality and that this affects the reliability of the conclusions.

Please enter at www.appraisalinstitute.org/assets/1/7/guide-note-10.pdf for the complete text of the Guide Note 10 published by the Appraisal Institute.

**Comment on Guide Note 12 published by the Appraisal Institute:**

According to Guide Note 12 "There are two risks inherently associated with any appraisal that are of particular concern to the intended user. The first is the risk that the reliability of the value conclusion may be adversely impacted by a lack of quality data. The second is the risk that the value might not be sustainable over time. A well thought-out and clearly presented reconciliation process can assist the intended user with these risks. In the reconciliation process, the appraiser must consider the quality as well as the quantity of data, and how those factors might have impacted the quality of the value opinion. In a slower market with fewer transactions, there are fewer sales available for analysis in the sales comparison approach. Also, when there are fewer transactions, there is less market evidence available for selection of capitalization and discount rates. The reconciliation process may indicate that more research is needed or that new analyses must be performed. It may reveal conflicts or unresolved questions that need to be answered. When necessary, the appraisal report should include a discussion of evidence that the value conclusion may not be sustainable into the foreseeable future."

In order to mitigate, as much as possible, the risks discussed above, the appraiser interviewed several of the real estate brokers that are currently selling apartment units in the subject property's apartment complex. It is the opinion of these market participants that the sale prices of single-family dwellings in the subject property's neighborhood will not be significantly affected once the national lockdown measures are lifted because the sale prices of comparable properties are considered to be accessible, combined with low interest rates, will make conventional financing accessible for the purchase of these types of dwellings. Therefore, no additional adjustments are made to the comparables.

# Assumptions, Limiting Conditions & Scope of Work

Private

| Property Address: | A-15, Angel L. Ortíz (A) St., Paradis Dev | City: Caguas | State: PR | Zip Code: 00725 |
|---|---|---|---|---|

File No.: 22005007

| Client: | Michael Mimoso | Address: | | |
|---|---|---|---|---|
| Appraiser: | Nadia C Rodriguez Gonzalez | Address: | 92 Urb. Lakeview Est, Caguas, PR 00725-3320 | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non–invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Under USPAP Standards Rule 2–2(c), this is a Restricted Use Appraisal Report, and is intended only for the sole use of the named client. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.

In developing this appraisal, the appraiser has incorporated only the Sales Comparison Approach. The appraiser has excluded the Cost and Income Approaches to Value, due to being inapplicable given the limited scope of the appraisal. The appraiser has determined that this appraisal process is not so limited that the results of the assignment are no longer credible, and the client agrees that the limited scope of analysis is appropriate given the intended use.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

Copyright© 2010 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTDAD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE
5/2010

 **RESTRICTED**

# Certifications

| Property Address: | A-15, Angel L. Ortíz (A) St., Paradis Dev | City: Caguas | | State: PR | Zip Code: 00725 |
|---|---|---|---|---|---|
| Client: | Michael Mimoso | Address: | | | |
| Appraiser: | Nadia G Rodriguez Gonzalez | Address: | 92 Urb. Lakeview Est, Caguas, PR 00725-3320 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised and acting in what they consider their own best interests;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | Michael Mimoso | Client Name: | Michael Mimoso |
|---|---|---|---|
| E-Mail: | mikemimoso54@gmail.com | Address: | |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Nadia C Rodriguez Gonzalez | Supervisory or Co-Appraiser Name: Migdoel Rodriguez-Rivera |
| Company: Appraisal Advisors Group | Company: Appraisal Advisors Group |
| Phone: (787) 746-3219  Fax: | Phone: (787) 746-3219  Fax: (787) 746-1556 |
| E-Mail: aagroup01@gmail.com | E-Mail: aagroup01@gmail.com |
| Date Report Signed: 06/15/2020 | Date Report Signed: 06/15/2020 |
| License or Certification #: 216RC  State: PR | License or Certification #: PRGC201  State: PR |
| Designation: | Designation: |
| Expiration Date of License or Certification: 08/28/2022 | Expiration Date of License or Certification: 10/04/2020 |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☒ None |
| Date of Inspection: 05/30/2020 | Date of Inspection: |

**GP RESTRICTED**

Copyright© 2010 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTDAD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE
5/2010

# REPAIR AND MAINTENANCE ADDENDUM

| Client | Michael Mimoso | | | | | | | REO# | |
|---|---|---|---|---|---|---|---|---|---|
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev | | | | | | | | |
| City | Caguas | County | (025)Caguas | | State | PR | Zip Code | 00725 | |
| Owner | Sucesión Carmen I. Ortíz de Mimoso | | | | | | | | |

| DESCRIPTION | AMOUNT |
|---|---|
| I. The following repairs are observed to be needed | |
| 1. Unit 1 - Bedroom 1 - Door leading to bathroom needs to be installed | 150.00 |
| 2. Unit 1 and Unit 2 - Termite Treatment | 500.00 |
| 3. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

☐ Interior Inspection

☐ Exterior Inspection

**TOTAL AMOUNT OF RECOMMENDED REPAIRS $** _____ 650.00

**ESTIMATED VALUE OF THE SUBJECT PROPERTY 'AS IS' $** _____

**ESTIMATED VALUE OF THE SUBJECT PROPERTY 'AS REPAIRED' $** _____

Comments:

Form RMA - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Appraisal Advisor Group, LLC.

Case 1:20-bk-01242-HWV    Doc 23    Filed 06/26/20    Entered 06/26/20 15:42:54    Desc
Main Document      Page 49 of 110

# Building Sketch



**Unit 1 - First Floor**

**Unit 2 - Second Floor**

TOTAL Sketch by a la mode, inc.

## Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| Unit 1 - First Floor | 1051.84 Sq ft | 10.7 × 9 = | 96.3 |
| | | 25.4 × 35.6 = | 904.24 |
| | | 4.5 × 11.4 = | 51.3 |
| Unit 2 - Second Floor | 949.54 Sq ft | 10.7 × 9 = | 96.3 |
| | | 21.2 × 20.5 = | 434.6 |
| | | 15.1 × 17.6 = | 265.76 |
| | | 7.8 × 19.6 = | 152.88 |
| **Total Living Area (Rounded):** | **2001 Sq ft** | | |
| **Non-living Area** | | | |
| Unit 2 - Porch | 94.5 Sq ft | 9 × 10.5 = | 94.5 |
| Unfinished Structure | 369.99 Sq ft | 20.5 × 16.9 = | 346.45 |
| | | 10.7 × 2.2 = | 23.54 |
| Unit 1 - Porch | 94.5 Sq ft | 10.5 × 9 = | 94.5 |
| Open/Covered Balcony | 40.68 Sq ft | 4.5 × 4 = | 18 |
| | | 3.6 × 6.3 = | 22.68 |
| Exterior Stairs | 86.1 Sq ft | 4.2 × 20.5 = | 86.1 |

# Subject Photo Page

| | |
|---|---|
| Client | Michael Mimoso |
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev |
| City | Caguas · County (025)Caguas · State PR · Zip Code 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso |



### Subject Front

A-15, Angel L. Ortíz (A) St., Paradis Dev

| | |
|---|---|
| Sales Price | 0 |
| Gross Living Area | 2,001 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Caguas Town |
| View | Residential/Avg. |
| Site | 200 sqm @ $120 |
| Quality | Average |
| Age | ~60 Years |



### Subject Rear



### Subject Street

# Subject Photos

| | |
|---|---|
| Client | Michael Mimoso |
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev |
| City | Caguas | County | (025)Caguas | State | PR | Zip Code | 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso |



**Left Side View**



**Right Side View**



**Unit 1 – Living and Dining**



**Unit 1 – Living and Dining**



**Unit 1 – Kitchen**



**Unit 1 – Kitchen**

| Client | Michael Mimoso | | | | | |
|---|---|---|---|---|---|---|
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev | | | | | |
| City | Caguas | County | (025)Caguas | State | PR | Zip Code | 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso | | | | | |



**Unit 1 – Storage**



**Unit 1 – Bedroom 1**



**Unit 1 – Bathroom**



**Unit 1 – Bathroom**



**Unit 1 – Bathroom**



**Unit 1 – Bedroom 2**

# Interior Photos

| | |
|---|---|
| Client | Michael Mimoso |
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev |
| City | Caguas    County (025)Caguas    State PR    Zip Code 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso |



**Unit 1 – Termite Infestation observed**



**Closet**



**Unit 1 – Termite Infestation observed**



**Unit 2 – Foyer**



**Unit 2 – Dining**



**Unit 2 – Living**

# Interior Photos

| | |
|---|---|
| Client | Michael Mimoso |
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev |
| City | Caguas |
| County | (025)Caguas |
| State | PR |
| Zip Code | 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso |



**Unit 2 – Living**



**Unit 2 – Bedroom 1**



**Kitchen**



**Kitchen**



**Unit 2 – Bedroom 1**



**Unit 2 – Bathroom**

| Client | Michael Mimoso | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev | | | | | | |
| City | Caguas | County | (025)Caguas | State | PR | Zip Code | 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso | | | | | | |



**Unit 2 – Bathroom**



**Unit 2 – Bathroom**



**Unit 2 – Bathroom**



**Unit 2 – Bedroom 2**



**Exterior View – Unfinished RC Structure**



**Interior View – Unfinished RC Structure**

# Interior Photos

| | |
|---|---|
| Client | Michael Mimoso |
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev |
| City | Caguas |
| County | (025)Caguas |
| State | PR |
| Zip Code | 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso |



**Interior View – Unfinished RC Structure**



**Interior View – Unfinished RC Structure**



**Interior View – Unfinished RC Structure**

# Comparable Photos 1-3

| Client | Michael Mimoso | | | | | |
|---|---|---|---|---|---|---|
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev | | | | | |
| City | Caguas | County | (025)Caguas | State PR | Zip Code | 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso | | | | | |



### Comparable 1

| | |
|---|---|
| AM-9, 31-A St., Residencial Bairoa | |
| Prox. to Subject | 1.00 miles NW |
| Sales Price | 97,000 |
| Borrower/Client | 2,018 |
| Lender | 10 |
| Total Bedrooms | 6 |
| Total Bathrooms | 4 |
| Location | Average |
| View | Residential/Average |
| Site | 300 sqm @ $100 |
| Quality | Average |
| Age | 46 Years |



### Comparable 2

| | |
|---|---|
| AC-1, Rodrigo Triana St.,Residencial | |
| Prox. to Subject | 0.95 miles N |
| Sales Price | 105,000 |
| Gross Living Area | 1,937 |
| Total Rooms | 16 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.0 |
| Location | Residencial Bairoa |
| View | Residential/Avg. |
| Site | 314 sqm @ $100 |
| Quality | Average |
| Age | 45 Years |



### Comparable 3

| | |
|---|---|
| A-22, Ricky Seda St., Valle Tolima | |
| Prox. to Subject | 0.98 miles W |
| Sales Price | 105,000 |
| Gross Living Area | 1,200 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | Valle Tolima Dev |
| View | Residential/Avg. |
| Site | 223 sqm @ $120 |
| Quality | Average |
| Age | 48 Years |

# Location Map

| | | | | | |
|---|---|---|---|---|---|
| Client | Michael Mimoso | | | | |
| Property Address | A-15, Angel L. Ortíz (A) St., Paradis Dev | | | | |
| City | Caguas | County | (025)Caguas | State PR | Zip Code 00725 |
| Owner | Sucesión Carmen I. Ortíz de Mimoso | | | | |



ESTUDIO DE TITULO

**CLIENTE:** LCDO. WILLIAM Y. MAISONET

FINCA NUMERO: 4,926 (antes 926), AL FOLIO 107 DEL TOMO 152 DE CAGUAS, PASA AL
       FOLIO 117 DEL TOMO 1324 DE CAGUAS

REGISTRO DE LA PROPIEDAD SECCIÓN I DE CAGUAS

**DESCRIPCIÓN:** URBANA: Solar radicado en el Bo. Bairoa de Caguas, compuesto de 200.00
m.c., o sea, 10 metro de frente a la calle A por 20 de fondo. Y colinda por el NORTE y ESTE, con
el resto de la finca donde se segrega; por el SUR, con la calle A; y por el OESTE, con Carmen
Paradís. Se expresa a la inscripción 2ª que enclava una casa terrera de concreto armado y techo de
zinc, con instalaciones de agua, luz eléctrica y sanitarios.

Por la inscripción 3ª al folio 109 del tomo 152 de Caguas, y a virtud de la escritura #3 sobre
Edificación otorgada en Caguas, P.R., el 28 de marzo de 1985 ante Luis E. Laguna Mimoso,
edificaron una segunda planta y remodelación de la primera planta a favor de los titulares antes
mencionados, María Dolores Solá Disdier y Rafael Ramírez Isern, con dinero de la Sociedad de
Gananciales estando casados y con dinero privativo de ella estando soltera, edifican una casa de
dos plantas construida de cemento armado con techo de cemento que mide por su frente, que es
su lado SUR, 20 pies 9 pulgadas en dos alineaciones de 10 pies 6 pulgadas y de 10 pies 3 pulgadas;
por su lado de atrás, que es su lado NORTE, mide 24 pies en dos alineaciones de 9 pies 11
pulgadas una y la otra de 14 pies 1 pulgadas; su lado izquierdo que es su lado ESTE, mide 42 pies
4 pulgadas; y por su lado derecho que es su lado OESTE, mide 49 pies 1 pulgadas en tres
alineaciones de 20 pies 1 pulgada, 18 pies 10 pulgadas y de 10 pies 2 pulgadas, con una cabida
de 1,027 pies cuadrados con 9 pulgadas cuadradas. Ambas plantas tienen una sala-comedor, cocina,
cuarto sanitario, tres dormitorios y balcón. La escalera para subir a la planta alta es un cemento sin
techo y está al lado Oeste. Tienen instalaciones de luz y agua, con un valor de $40,000.00. El
notario da fe de haber cerciorado de la edificación. Permiso de Construcción expedido por ARPE
el 8 de abril de 1985, según surge de la inscripción 7ª. Inscrita en el Registro el 22 de abril de 1985.

Por la inscripción 7ª se expresa que por el OESTE, con el resto de la manzana #8 de Carmen
Paradís.

**TRACTO:** Se segrega de la finca 3,741 inscrita al folio 236 del tomo 98 de Caguas a favor de
Antonia B. Santana, mayor de edad, soltera y vecina de Caguas, P.R.

**DOMINIO:** Inscrita a favor de **José J. Mimoso Núñez y Carmen Ortiz Sánchez**, mayores de
edad, casados entre sí y vecinos de Río Piedras, P.R., quien la adquirió por compra a Francisco
Manuel Solá Disdier y su esposa Luz Marina Fuentes, mayores edad y vecinos de Caguas, P.R.;
Miguel Huertas y su esposa Gladys Solá Disdier, mayores de edad y vecinos de Río Piedras, P.R.;
Rafael Ramírez Isern y su esposa María Dolores Solá Disdier, mayores de edad y vecinos de
Caguas, P.R.; y Olga Emma Solá Disdier, mayor de edad, soltera y vecina de Caguas, P.R., por
precio de $60,000.00, según escritura #47 de Compraventa e Hipoteca otorgada en Caguas, P.R.,
el 29 de abril de 1985 ante el Notario Público Justino Ferrer Muñoz e inscrita al folio 107 del tomo
152 de Caguas, finca 4,926, inscripción 4ª.

**GRAVÁMENES:** Por su procedencia está libre de cargas.

**POR SÍ:**

(1) Hipoteca constituida por los titulares en garantía de un pagaré a favor del Portador del Pagaré,
o a su orden, bajo affidavit #10,076, por la suma de $50,000.00 de principal, intereses al "primer
rate", vencedero a la presentación. Tasada en caso de subasta en $150,000.00. Constituida
mediante escritura #48 otorgada en Caguas, P.R. el 29 de abril de 1985 ante el Notario Público
Justino Ferrer Muñoz e inscrita al folio 107 del tomo 152 de Caguas, finca 4,926, inscripción 4ª.
Inscrita el 6 de septiembre de 1985.

(2) Hipoteca constituida por los titulares con rango a segunda a favor de Francisco Manuel Solá
Disdier y su esposa Luz Marina Fuentes, mayores edad y vecinos de Caguas, P.R.; Miguel Huertas
y su esposa Gladys Solá Disdier, mayores de edad y vecinos de Río Piedras, P.R.; Rafael Ramírez
Isern y su esposa María Dolores Solá Disdier, mayores de edad y vecinos de Caguas, P.R.; y Olga

1

Emma Solá Disdier, mayor de edad, soltera y vecina de Caguas, P.R.; por la suma de $30,000.00 de principal, pagaderos a tres años a razón de $10,000.00; el día 29 de abril de 1986 de $10,000.00 el día 29 de abril de 1987 y de $10,000.00 el día 29 de abril de 1988, intereses al 10%. Una suma de $3,000.00 para costas, gastos y honorarios de abogado para en caso de reclamación judicial. Tasada en $80,000.00. Quedará sujeto este contrato a las sanciones impuestas por el Art. 1649 del Código Civil. Según escritura #47 sobre Compraventa e Hipoteca postergada a segunda hipoteca otorgada en Caguas, P.R., el 29 de abril de 1985 ante Justino Ferrer. Inscrita al folio 107 del tomo 152 de Caguas, finca #4,926, inscripción 5ª. Inscrita el 16 de febrero de 1985.

(3) Por la inscripción 7ª, se expresa que la hipoteca por $30,000.00 constituida por la inscripción 5ª, a favor de Francisco Manuel Solá Disdier y su esposa Luz Marina Fuentes, mayores edad y vecinos de Caguas, P.R.; Miguel Huertas y su esposa Gladys Solá Disdier, mayores de edad y vecinos de Río Piedras, P.R.; Rafael Ramírez Isern y su esposa María Dolores Solá Disdier, mayores de edad y vecinos de Caguas, P.R.; y Olga Emma Solá Disdier, mayor de edad, soltera y vecina de Caguas, P.R., cuya participación Solá-Fuentes, será objeto de esta inscripción. Dicha Luz Marina Fuentes, falleció en Río Piedras, P.R. el 21 de julio de 1985 estando casada con Francisco Manuel Solá Disdier y habiendo otorgado testamento. Derechos hereditarios sobre la participación que le corresponde a la causante antes nombrada en el referido crédito hipotecario, la cual no tiene descendiente de clase alguna, a favo de su señora madre, Francisca Fuentes Suárez, mayor de edad, soltera y vecina de Caguas, P.R., a que le corresponde la nuda propiedad y a favor de su hermana, Esther Alicia Fuentes Fuentes, mayor de edad, soltera, incapacitada y vecina de Caguas, y de su esposo, Francisco Manuel Solá Disdier, mayor de edad, viudo y vecino de Caguas, P.R., por partes iguales y en cuanto a la cuota viudal usufructuaria que determina la ley. Las demás condiciones del testamento están extensamente relacionados al folio 31 del tomo 316 de Caguas, inscripción 6ª, finca 8,719. Según escritura #6 sobre Testamento Abierto, otorgada en San Juan, P.R., el 21 de agosto de 1979, a las 5:10 p.m., ante Rafael Santos Del Valle. Carta de Relevo H-86-1972 expedida por el Departamento de Hacienda el 19 de mayo de 1986, en la que se valora la participación de la causante en $3,750.00. Instancia de fecha 26 de septiembre de 1985. Inscrita en el Registro el 24 de agosto de 1989.

(4) Por la inscripción 8ª y última, al folio 145 del tomo 1324 de Caguas, se expresa lo siguiente: Cancelada parcialmente la hipoteca por la suma de $30,000.00 que resulta de la inscripción 5ª, en cuanto a la suma de $28,125.00 recibidos por Olga Emma Solá Disdier, mayor de edad, soltera y vecina de Caguas, P.R.; Francisco Manuel Solá Disdier, mayor de edad, casado con Luz Marina Fuentes y vecino de Caguas, P.R.; Miguel Huertas Rivera, mayor de edad, casado con Gladys Solá Disdier y vecino de Guaynabo, P.R.; Gladys Solá Disdier, mayor de edad, casada con Miguel Huertas y vecina de Guaynabo, P.R.; Rafael Ramírez Isern, mayor de edad, casado con Mara Dolores Solá Disdier y María Dolores Solá Disdier, mayor de edad, casada con Rafael Ramírez Isern y vecina de Bayamón, P.R.; solicitan la Cancelación quedando vigente la hipoteca en cuanto a la suma de $1,875.00, correspondiente a los herederos de Luz Marina Fuentes Fuentes. Según escritura #14 otorgada en Caguas, P.R., el 17 de diciembre de 1995 ante Gloria M. Mimoso Raspaldo. Inscrita en el Registro el 21 de diciembre de 1995.

***CRIM:*** NADA
***SENTENCIAS:*** NADA
***EMBARGO ELA:*** NADA
***EMBARGO FEDERAL:*** NADA
***LEY 12:*** NADA

***BITÁCORA:*** Esta sección tiene establecido un sistema digitalizado, Ágora y Karibe. La suscribiente no se hace responsable por errores y/u omisiones que cometa el empleado del Registro de la Propiedad en la entrada y/o búsqueda de datos en el mismo. Se advierte además, que el sistema de Bitácora Integral colapsó, por lo que no podemos asegurar que existan otras transacciones pendientes en el Registro, aunque la propiedad objeto del mismo ya consta inscrita en un sistema más moderno.

En Caguas, Puerto Rico, a 24 de abril de 2018.

MINERVA RIVERA
INVESTIGADORA DE TÍTULOS
TEL./FAX 787-744-4625

2

Case 1:20-bk-01242-HWV    Doc 23    Filed 06/26/20    Entered 06/26/20 15:42:54    Desc
Main Document      Page 61 of 110

Catastro: **225-035-012-17-001**
Parcela: 225-035-012-17
Procedencia: 225-035-012-17
Dueño: ORTIZ SANCHEZ CARMEN
Dirección fisica:
   A-15 URB PARADIS, CAGUAS
Cabida escritura: 234.00 m2
Area de mapa: 247.11 m2

## VALORACION

Terreno: 2,620.00
Estructura: 12,750.00
Maquinaria: 0.00
Valor Total: 15,370.00
Exención: 0.00
Exoneración: -5,945.00
Sujeto a contribucción: 9,425.00

## REGISTRO

Tomo: 152
Folio: 109
# Finca: 108
# Escritura: 47
Venta: 60,000.00
Fecha de venta: 4/28/1985
Vendedor: SOLA RAMOS FRANCISCO
Comprador: ORTIZ SANCHEZ CARMEN

## Zoning Addendum



| Debtor 1 | **Michael A. Mimoso** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelie Mimoso** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number 1:20-bk-01242
(if known)

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **512 W. Areba Avenue Hershey, PA 17033 Dauphin County Value per appraisal - see attached**<br>Line from *Schedule A/B*: 1.1 | $237,000.00 | ■ $105,170.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **2016 Mitsubishi Lancer 25,544 miles**<br>Line from *Schedule A/B*: 3.1 | $9,469.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| **2011 Nissan Versa 98,000 miles**<br>Line from *Schedule A/B*: 3.2 | $6,727.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| **Furniture, appliances, hand tools, books, guitar, lawn mower, sewing machine, luggage and nebulizer**<br>Line from *Schedule A/B*: 6.1 | $905.00 | ■ $905.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **(2) TVs, computer, printer and tablet**<br>Line from *Schedule A/B*: 7.1 | $625.00 | ■ $625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Men and women's clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **3 dogs**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $2.00 | ■ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **checking: Members First Federal Credit Union (joint)**<br>Line from *Schedule A/B*: **17.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **savings: Members First Federal Credit Union (joint)**<br>Line from *Schedule A/B*: **17.2** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **10/shares of Rite Aid Corporation Stock at $15.47/share (joint)**<br>Line from *Schedule A/B*: **18.1** | $154.70 | ■ $154.70<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Local tax refund: 2018**<br>Line from *Schedule A/B*: **28.1** | $126.00 | ■ $126.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| Debtor 1 | **Michael A. Mimoso** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelie Mimoso** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number  **1:20-bk-01242**
(if known)

☐ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **Chase Mortgage** | | **$131,830.00** | **$237,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Chase Records Center/Attn: Corr Mail Code LA4 5555 700 Kansas Ln Monroe, LA 71203**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**512 W. Areba Avenue Hershey, PA 17033  Dauphin County Value per appraisal - see attached**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **Opened 11/05  Last Active 1/30/20**       Last 4 digits of account number   **0072**

| Debtor 1 | **Michael A. Mimoso** | | | Case number (if known) | **1:20-bk-01242** | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | **Amelie Mimoso** | | | | | |
| | First Name | Middle Name | Last Name | | | |

| 2.2 | **Credit Acceptance** | Describe the property that secures the claim: | **$6,345.00** | **$6,727.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**25505 West 12 Mile Road
Suite 3000
Southfield, MI 48034**

Number, Street, City, State & Zip Code

| Describe the property that secures the claim: |
|---|
| **2011 Nissan Versa 98,000 miles** |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | **Opened 4/22/19 Last Active 03/20** | | |
|---|---|---|---|
| Date debt was incurred | | Last 4 digits of account number | **5704** |

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$138,175.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$138,175.00** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Michael A. Mimoso** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelie Mimoso** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **1:20-bk-01242**
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

**1.    Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

**2.    List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | **$4,054.00** | **$4,054.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    **2019**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____
                            **Federal taxes**

| 2.2 | **Keystone Collections Group** | Last 4 digits of account number ___ ___ ___ ___ | **$706.00** | **$433.00** | **$273.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**546 Wendel Road**
**Irwin, PA 15642**
Number Street City State Zip Code

When was the debt incurred?    **2019**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____
                            **Local taxes**

| 2.3 | **Pennsylvania Department of Revenue** | | | $1,361.00 | $1,361.00 | $0.00 |
|-----|---|---|---|---|---|---|

Priority Creditor's Name
**Attn:  Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128**
Number Street City State Zip Code

Last 4 digits of account number

When was the debt incurred?    **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**State taxes**

---

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| 4.1 | **AmeriCredit/GM Financial** | $3,491.00 |

Nonpriority Creditor's Name
**Attn:  Bankruptcy
PO Box 183853
Arlington, TX 76096**
Number Street City State Zip Code

Last 4 digits of account number    **3940**

When was the debt incurred?    **Opened 09/18  Last Active 12/19**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Automobile Deficiency (vehicle was totaled 11/19)**

---

---

| 4.2 | **Capital One** | Last 4 digits of account number | **9704** | $373.71 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

**When was the debt incurred?**    **Opened 11/15   Last Active 02/20**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Check if this claim is for a **community debt**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card Purchases**

---

| 4.3 | **Capital One** | Last 4 digits of account number | **2329** | $734.21 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

**When was the debt incurred?**    **Opened 06/17   Last Active 03/20**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Check if this claim is for a **community debt**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card Purchases**

---

| 4.4 | **Dish Network** | Last 4 digits of account number | **7780** | $98.78 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Convergent Outsourcing, Inc.**
**PO Box 9004**
**Renton, WA 98057**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Check if this claim is for a **community debt**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Utility Services**

---

| 4.5 | **OneMain Financial** | Last 4 digits of account number **2148** | **$14,938.57** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 3251**
**Evansville, IN 47731**

When was the debt incurred? **Opened 10/19  Last Active 2/28/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Unsecured**

| 4.6 | **Patient First** | Last 4 digits of account number **1613** | **$195.74** |

Nonpriority Creditor's Name
**PO Box 758941**
**Baltimore, MD 21275**

When was the debt incurred? **07/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Services**

| 4.7 | **Penn Credit** | Last 4 digits of account number **9817** | **$108.53** |

Nonpriority Creditor's Name
**2800 Commerce Drive**
**Harrisburg, PA 17110**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

| 4.8 | **Penn State Health** | Last 4 digits of account number | **9643** | $19,955.08 |
|-----|----|----|----|----|

Nonpriority Creditor's Name
**PO Box 829725**
**Philadelphia, PA 19182**
Number Street City State Zip Code

When was the debt incurred?    **02/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Medical Services**

---

| 4.9 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **8364** | $75.00 |
|-----|----|----|----|----|

Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred?    **Opened 09/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Medical Services**

---

| 4.10 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **8366** | $75.00 |
|-----|----|----|----|----|

Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred?    **Opened 09/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Medical Services**

---

| 4.1 1 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **8365** | **$51.00** |

Nonpriority Creditor's Name

**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened 09/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Services**

---

| 4.1 2 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **5202** | **$75.00** |

Nonpriority Creditor's Name

**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened 08/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Services**

---

| 4.1 3 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **0180** | **$16.00** |

Nonpriority Creditor's Name

**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened 08/15  Last Active 2/29/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Services**

---

| 4.1 4 | **Penn State Hershey Medical Center** | Last 4 digits of account number   **8367** | **$75.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 09/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.1 5 | **Penn State Hershey Medical Center** | Last 4 digits of account number   **8368** | **$61.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 09/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.1 6 | **Penn State Hershey Medical Center** | Last 4 digits of account number   **6914** | **$75.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 11/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

---

**4.17**

**Penn State Hershey Medical Center**
Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6916**        **$75.00**

When was the debt incurred?   **Opened 11/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

**4.18**

**Penn State Hershey Medical Center**
Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3218**        **$75.00**

When was the debt incurred?   **Opened 11/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

**4.19**

**Penn State Hershey Medical Center**
Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6413**        **$66.00**

When was the debt incurred?   **Opened 12/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.2 0 | **Penn State Hershey Medical Center** | **Last 4 digits of account number** | **3219** | **$75.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 11/15**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical Services**

---

| 4.2 1 | **Penn State Hershey Medical Center** | **Last 4 digits of account number** | **8992** | **$61.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 07/16**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical Services**

---

| 4.2 2 | **Penn State Hershey Medical Center** | **Last 4 digits of account number** | **3128** | **$62.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 09/16**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical Services**

---

| 4.2 3 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **3127** | **$62.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 09/16**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.2 4 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **2396** | **$75.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 09/16**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.2 5 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **9751** | **$213.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 07/19**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

| 4.2 6 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **3663** | **$74.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred? **Opened 03/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Services**

---

| 4.2 7 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **3665** | **$55.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred? **Opened 03/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Services**

---

| 4.2 8 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **1825** | **$55.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred? **Opened 05/17**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Services**

| 4.2 9 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **9827** | **$67.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? **Opened 05/17**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

---

| 4.3 0 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **4232** | **$174.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? **Opened 03/17**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

---

| 4.3 1 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **9009** | **$67.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? **Opened 08/17**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services**

| 4.3 2 | **Penn State Hershey Medical Center** | | Last 4 digits of account number | **8127** | | **$240.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **Opened 09/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Medical Services**

---

| 4.3 3 | **Penn State Hershey Medical Center** | | Last 4 digits of account number | **1935** | | **$61.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **Opened 05/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Medical Services**

---

| 4.3 4 | **Penn State Hershey Medical Center** | | Last 4 digits of account number | **8362** | | **$51.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **Opened 09/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Medical Services**

---

| 4.3 5 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **8363** | **$58.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred?   **Opened 09/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.3 6 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **2393** | **$312.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred?   **Opened 09/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.3 7 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **2394** | **$58.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred?   **Opened 09/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

| 4.38 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **1110** | **$51.00** |

Nonpriority Creditor's Name

**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

When was the debt incurred? **Opened 12/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Medical Services**

---

| 4.39 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **1005** | **$71.00** |

Nonpriority Creditor's Name

**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

When was the debt incurred? **Opened 07/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Medical Services**

---

| 4.40 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **3748** | **$71.00** |

Nonpriority Creditor's Name

**c/o Bureau of Account Management**
**PO Box 8875**
**Camp Hill, PA 17001**

Number Street City State Zip Code

When was the debt incurred? **Opened 07/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Medical Services**

| 4.4 1 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **4881** | **$84.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred?   **Opened 03/19**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.4 2 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **6682** | **$287.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/19**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| 4.4 3 | **Penn State Hershey Medical Center** | Last 4 digits of account number | **1267** | **$75.00** |

Nonpriority Creditor's Name
**c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001**
Number Street City State Zip Code

When was the debt incurred?   **Opened 11/15**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

**4.4 4**

**Synchrony Bank/ JC Penneys**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 965064**
**Orkando, FL 32896**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9666**          $528.81

When was the debt incurred?   **Opened 04/16  Last Active 01/20**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases**

---

**4.4 5**

**TFC Tuition Financing**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**2010 Crow Place, Suite 300**
**San Ramon, CA 94583**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0016**          $6,856.00

When was the debt incurred?   **Opened 08/12  Last Active 06/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Government Unsecured Guarantee Loan**

---

**4.4 6**

**Tristan Radiology Specialists**
Nonpriority Creditor's Name
**c/o National Recovery Agency**
**PO Box 67015**
**Harrisburg, PA 17106**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0598**          $74.00

When was the debt incurred?   **Opened 09/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services**

---

| Debtor 1 | Michael A. Mimoso |
| Debtor 2 | Amelie Mimoso |

Case number (if known) **1:20-bk-01242**

| 4.4 7 | **UPMC Pinnacle** | Last 4 digits of account number **0253** | **$573.50** |

Nonpriority Creditor's Name

**PO Box 826813**
**Philadelphia, PA 19182**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Medical Services**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 6,121.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 6,121.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 51,105.93 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 51,105.93 |

| Debtor 1 | **Michael A. Mimoso** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelie Mimoso** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **1:20-bk-01242**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.    **Do you have any executory contracts or unexpired leases?**

     ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify your case:

| Debtor 1 | **Michael A. Mimoso** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelie Mimoso** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 1:20-bk-01242 | | |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 _____ <br> Name <br> _____ <br> Number   Street <br> City     State     ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| 3.2 _____ <br> Name <br> _____ <br> Number   Street <br> City     State     ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

| Debtor 1 | **Michael A. Mimoso** |
|----------|----------------------|
| Debtor 2 (Spouse, if filing) | **Amelie Mimoso** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **1:20-bk-01242** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|--|-------------|----------------------------------|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | **Accountant** | |
| **Employer's name** | **Breon & Associates, P.C.** | |
| **Employer's address** | **3461 Market Street**<br>**Camp Hill, PA 17011** | |
| **How long employed there?** | **7 months** | |

### Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|--|--|--|-----------------|--------------------------------------|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **8,374.99** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **8,374.99** | $ **0.00** |

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here .................................... | 4. | $ 8,374.99 | $ 0.00 |

5. List all payroll deductions:

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,547.83 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,547.83 | $ 0.00 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 6,827.16 | $ 0.00 |

8. List all other income regularly received:

| 8a. | **Net income from rental property and from operating a business, profession, or farm** | | | |
|---|---|---|---|---|
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,827.16 + $ 0.00 = $ 6,827.16 |
|---|---|---|---|

| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. +$ 0.00 |
|---|---|---|

| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. $ 6,827.16 |
|---|---|---|

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

- ☑ No.
- ☐ Yes. Explain: | **Debtors did not receive a tax refund in 2019.** |

Fill in this information to identify your case:

Debtor 1 **Michael A. Mimoso**

Debtor 2 **Amelie Mimoso**
(Spouse, if filing)

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF PENNSYLVANIA**

Case number **1:20-bk-01242**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   　　■ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 17 | ☐ No ■ Yes |
   | Daughter | 19 | ☐ No ■ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,449.76 |
| **If not included in line 4:** | |
| 4a. Real estate taxes | 4a. $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

6.  **Utilities:**

| | | | | |
|---|---|---|---|---:|
| 6a. | Electricity, heat, natural gas | 6a. | $ | 410.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 152.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| 6d. | Other. Specify:   **Cell phones** | 6d. | $ | 306.00 |
| | **Internet** | | $ | 105.00 |
| | **HULU** | | $ | 6.35 |
| | **Disney Plus** | | $ | 7.41 |
| | **Apple.com** | | $ | 2.99 |
| | **Hallmark online** | | $ | 5.99 |
| | **Amazon Prime** | | $ | 10.00 |

| | | | | |
|---|---|---|---|---:|
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 60.00 |
| 10. | **Personal care products and services** | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 450.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---:|
| 15a. | Life insurance | 15a. | $ | 0.00 |
| 15b. | Health insurance | 15b. | $ | 0.00 |
| 15c. | Vehicle insurance | 15c. | $ | 329.00 |
| 15d. | Other insurance. Specify:   **AAA - roadside assistance** | 15d. | $ | 16.67 |
| | **Cell phone insurance** | | $ | 30.00 |
| | **Health insurance - estimated** | | $ | 399.00 |

| | | | | |
|---|---|---|---|---:|
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |

17. **Installment or lease payments:**

| | | | | |
|---|---|---|---|---:|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 176.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. | Other. Specify:   **AAA** | 17c. | $ | 50.00 |
| 17d. | Other. Specify: | 17d. | $ | 0.00 |

| | | | | |
|---|---|---|---|---:|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | | |
|---|---|---|---|---:|
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |

| | | | | |
|---|---|---|---|---:|
| 21. | **Other:** Specify:   **Pet care** | 21. | +$ | 100.00 |

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---:|
| 22a. | Add lines 4 through 21. | $ | 6,066.17 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | 6,066.17 |

23. **Calculate your monthly net income.**

| | | | | |
|---|---|---|---|---:|
| 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. | $ | 6,827.16 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$ | 6,066.17 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 760.99 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   | Explain here:

| Fill in this information to identify your case: |

| Debtor 1 | **Michael A. Mimoso** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amelie Mimoso** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | **1:20-bk-01242** | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Michael A. Mimoso** | X **/s/ Amelie Mimoso** |
|---|---|
| Michael A. Mimoso | Amelie Mimoso |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **June 26, 2020** | Date **June 26, 2020** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael A. Mimoso** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Amelie Mimoso** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:20-bk-01242** |

☐ Check if this is an amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy   4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   **Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$23,076.90** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $47,179.00 | ■ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $3,401.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $128,994.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $0.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | IRA, Pension or<br>Annuity Distribution | $27,306.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | IRA, Pension or<br>Annuity Distribution | $9,512.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.  Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■ **Yes.  Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ☒ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---------------------------|------------------|-------------------|----------------------|-------------------------|
   | **Natalie Mimoso**<br>**512 W Areba Avenue**<br>**Hershey, PA 17033** | **04/19 - 04/20** | **$1,000.00** | **$0.00** | **Personal loans** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---------------------------|------------------|-------------------|----------------------|---------------------------------------------------|

---

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☒ No
   ☐ Yes. Fill in the details.

   | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
   |---------------------------|--------------------|-----------------|--------------------|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---------------------------|---------------------------------------------------|------|-----------------------|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☒ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---------------------------|---------------------------------------|-----------------------|--------|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☒ No
    ☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

## Part 6:    List Certain Losses

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No

☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| Automobile accident - 2017 Chevrolet Sonic | $9,379.20 paid toward loan from insurance | 11/19 | $9,879.20 |

## Part 7:    List Certain Payments or Transfers

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Imblum Law Offices PC<br>4615 Derry Street<br>Harrisburg, PA 17111<br>gary.imblum@imblumlaw.com | Attorney Fees | Retainer in the amount of $1,495.00 includes the following fees: tri-merge credit report, credit counseling, filing fee and debtor education. | $1,495.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **T. Rowe Price** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 03/19 | **$6,000.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

�■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

�■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

�■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

�■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

�■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Case 1:20-bk-01242-HWV    Doc 23    Filed 06/26/20    Entered 06/26/20 15:42:54    Desc
Main Document    Page 99 of 110

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ **No. None of the above applies. Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

### Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Michael A. Mimoso**                    **/s/ Amelie Mimoso**
Michael A. Mimoso                               Amelie Mimoso
**Signature of Debtor 1**                         **Signature of Debtor 2**

Date    **June 26, 2020**                Date    **June 26, 2020**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

Debtor 1    **Michael A. Mimoso**

Debtor 2    **Amelie Mimoso**
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of Pennsylvania

Case number    **1:20-bk-01242**
(if known)

Check as directed in lines 17 and 21:

According to the calculations required by this Statement:

- ■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).
- ☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).
- ■ 3. The commitment period is 3 years.
- ☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

# Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:    Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ■ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $    8,374.99 | $    0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $    0.00 | $    0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $    0.00 | $    0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $    0.00 | | |
| Ordinary and necessary operating expenses | -$    0.00 | | |
| Net monthly income from a business, profession, or farm | $    0.00    Copy here -> | $    0.00 | $    0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $    0.00 | | |
| Ordinary and necessary operating expenses | -$    0.00 | | |
| Net monthly income from rental or other real property | $    0.00    Copy here -> | $    0.00 | $    0.00 |

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......................................... $ 0.00

For your spouse ........................... $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ 0.00 | $ 0.00 |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | $ 0.00 | $ 0.00 |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + | $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 8,374.99 + $ 0.00 = $ 8,374.99

**Total average monthly income**

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

12. **Copy your total average monthly income from line 11.** .................................................................. $ 8,374.99

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☑ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | $ |
|---|---|
| | $ |
| | + $ |
| Total | $ 0.00 | Copy here=> - 0.00 |

14. **Your current monthly income.** Subtract line 13 from line 12. $ 8,374.99

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> $ 8,374.99

Official Form 122C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:20-bk-01242-HWV     Doc 23     Filed 06/26/20     Entered 06/26/20 15:42:54     Desc
Main Document     Page 102 of 110

Multiply line 15a by 12 (the number of months in a year). **x 12**

15b. The result is your current monthly income for the year for this part of the form. .......................................... $ **100,499.88**

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 3**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:20-bk-01242-HWV    Doc 23    Filed 06/26/20    Entered 06/26/20 15:42:54    Desc
Main Document    Page 103 of 110

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **PA**

16b. Fill in the number of people in your household. **4**

16c. Fill in the median family income for your state and size of household. $ __103,316.00__

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

### Part 3:   Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

**18.** Copy your total average monthly income from line 11 . $ __8,374.99__

**19.** **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. -$ __0.00__

19b. **Subtract line 19a from line 18.** $ __8,374.99__

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b $ __8,374.99__

Multiply by 12 (the number of months in a year). **x 12**

20b. The result is your current monthly income for the year for this part of the form. $ __100,499.88__

20c. Copy the median family income for your state and size of household from line 16c $ __103,316.00__

**21. How do the lines compare?**

■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

### Part 4:   Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Michael A. Mimoso**                    X **/s/ Amelie Mimoso**
Michael A. Mimoso                                   Amelie Mimoso
Signature of Debtor 1                               Signature of Debtor 2

Date **June 26, 2020**                             Date **June 26, 2020**
  MM / DD / YYYY                                       MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1      **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**      page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1:20-bk-01242-HWV    Doc 23    Filed 06/26/20    Entered 06/26/20 15:42:54    Desc
Main Document      Page 104 of 110

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

<table>
<tr><td>**This notice is for you if:**</td></tr>
</table>

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Michael A. Mimoso**
**Amelie Mimoso**

                                                   Debtor(s)

Case No.

Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **see 5d below** |
| Prior to the filing of this statement I have received | $ | **1,085.00** |
| Balance Due | $ | **see 5d below** |

2.   The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

        **(Lodestar) SUPPLEMENT TO NUMBER 1, ABOVE:**

        **Debtor's counsel will keep a record of all time invested in this case by counsel and paralegals. The hourly rate for Debtor's counsel is $295.00 per hour. The hourly rate for associate counsel is $235.00 per hour. The hourly rate for paralegal time is $135.00 per hour. These hourly rates are subject to revision at the end of each calendar year.**

        **In addition to fees, Debtor(s) will be responsible for expenses, including photo copying, travel (where applicable), postage, court costs, filing fees, and similar expenses which are incurred by counsel in the course of performing services for the Debtor(s).**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **None**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

                                          */s/ Gary J. Imblum*

_Date_                                       **Gary J. Imblum**
                                           *Signature of Attorney*
                                           **Imblum Law Offices PC**
                                           **4615 Derry Street**
                                           **Harrisburg, PA 17111**
                                           **717-238-5250  Fax: 717-558-8990**
                                           **gary.imblum@imblumlaw.com**
                                           *Name of law firm*

In re    **Michael A. Mimoso**
       **Amelie Mimoso**      Case No.   **1:20-bk-01242**

Debtor(s)      Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **June 26, 2020**       **/s/ Michael A. Mimoso**
                                          **Michael A. Mimoso**
                                          Signature of Debtor

Date:   **June 26, 2020**       **/s/ Amelie Mimoso**
                                          **Amelie Mimoso**
                                          Signature of Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy