# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael A. Mimoso aka Michael A. Mimosoortiz aka Michael A. Ortiz<br>Amelie Mimoso aka Amele Mimoso<br>Debtor(s) | BK NO. 20-01242 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Community Loan Servicing and index same on the master mailing list.

    Respectfully submitted,

    /s/ Rebecca A. Solarz, Esquire

    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322