# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Amelie Mimoso aka Amele Mimoso<br>　　　Michael A. Mimoso aka Michael A. Mimosoortiz aka Michael A. Ortiz<br>　　　　　　　　　　Debtor(s) | **BK NO. 20-01242 HWV**<br><br>Chapter 13 |
| **COMMUNITY LOAN SERVICING, LLC**<br>　　　　　　　　　　Movant<br>　　　　　vs.<br><br>**Amelie Mimoso aka Amele Mimoso**<br>**Michael A. Mimoso aka Michael A. Mimosoortiz aka Michael A. Ortiz**<br>　　　　　　　　　　Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　Trustee | |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 09, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Amelie Mimoso aka Amele Mimoso
512 West Areba Avenue
Hershey, PA 17033

Michael A. Mimoso aka Michael A. Mimosoortiz
aka Michael A. Ortiz
512 West Areba Avenue
Hershey, PA 17033

<u>Attorney for Debtor(s)</u>
Gary J. Imblum, Esq.
4615 Derry Street
Harrisburg, PA 17111

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>August 09, 2021</u>

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 315936
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com