United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                              Case No. 20-01242-HWV

Michael A. Mimoso                           Chapter 13

Amelie Mimoso

    Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                                 Page 1 of 2

Date Rcvd: Jul 27, 2022                 Form ID: trc                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5354127 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 27 2022 18:39:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, Coral Gables, FL 33146-1839 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022                              Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com |
| Gary J Imblum | on behalf of Debtor 1 Michael A. Mimoso gary.imblum@imblumlaw.com<br>gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Amelie Mimoso gary.imblum@imblumlaw.com<br>gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | |

              TWecf@pamd13trustee.com

Rebecca Ann Solarz

              on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com

United States Trustee

              ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-01242-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael A. Mimoso
512 W. Areba Avenue
Hershey PA 17033

Amelie Mimoso
512 W. Areba Avenue
Hershey PA 17033

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/27/2022.

Name and Address of Alleged Transferor(s):

Claim No. 9: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, Coral Gables, FL 33146

Name and Address of Transferee:

Nationstar Mortgage LLC
ATTN: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC
ATTN: Bankruptcy Department

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/29/22

Terrence S. Miller
**CLERK OF THE COURT**