United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                             Case No. 20-01242-HWV

Michael A. Mimoso                          Chapter 13

Amelie Mimoso

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke                  Page 1 of 2

Date Rcvd: Mar 26, 2024             Form ID: trc                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5486882 | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Mar 26 2024 18:45:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Department |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024                          Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | |
| | on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com  bkecf@milsteadlaw.com |
| Gary J Imblum | |
| | on behalf of Debtor 1 Michael A. Mimoso gary.imblum@imblumlaw.com |
| | gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |
| | on behalf of Debtor 2 Amelie Mimoso gary.imblum@imblumlaw.com |
| | gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |

Mario J. Hanyon

on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Michael Patrick Farrington

on behalf of Creditor Community Loan Servicing  LLC mfarrington@kmllawgroup.com

Roger Fay

on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 1:20-bk-01242-HWV
### Chapter 13

In re: Debtor(s) (including Name and Address)

Michael A. Mimoso
512 W. Areba Avenue
Hershey PA 17033

Amelie Mimoso
512 W. Areba Avenue
Hershey PA 17033

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/25/2024.

## Name and Address of Alleged Transferor(s):

Claim No. 9: Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Department

## Name and Address of Transferee:

Nationstar Mortgage LLC
7515 Irvine Center Drive
Irvine, CA , 92618
Nationstar Mortgage LLC
7515 Irvine Center Drive
Irvine, CA , 92618

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/28/24

Terrence S. Miller
**CLERK OF THE COURT**