IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL A. MIMOSO | : | CASE NO. 1:20-bk-01242-HWV |
| aka MICHAEL A. MIMOSOORTIZ | : | |
| aka MICHAEL A. ORTIZ | : | CHAPTER 13 |
| AMELIE MIMOSO | : | |
| aka AMELE MIMOSO | : | |
| Debtors | : | |

ORDER OF COURT
PERMITTING FIFTH APPLICATION OF ATTORNEY FOR CHAPTER
13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Fifth Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $1,324.53 for fees and $55.47 for costs, for a net amount due of $1,380.00 for the time period of November 19, 2022 through May 7, 2024.