United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01242-HWV |
| Michael A. Mimoso | Chapter 13 |
| Amelie Mimoso | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 26, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5605094 | + | Nationstar Mortgage LLC, 7515 Irvine Center Drive, Irvine, CA , 92618, Nationstar Mortgage LLC, 7515 Irvine Center Drive Irvine, CA 92618-2930 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com  bkecf@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Michael A. Mimoso gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Amelie Mimoso gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-01242-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael A. Mimoso<br>512 W. Areba Avenue<br>Hershey PA 17033 | Amelie Mimoso<br>512 W. Areba Avenue<br>Hershey PA 17033 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/25/2024.

**Name and Address of Alleged Transferor(s):**

Claim No. 9: Nationstar Mortgage LLC, 7515 Irvine Center Drive, Irvine, CA , 92618,
Nationstar Mortgage LLC, 7515 Irvine Center Drive, Irvine, CA , 92618

**Name and Address of Transferee:**

Citigroup Mortgage Loan Trust 2024-RP1
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
Citigroup Mortgage Loan Trust 2024-RP1
Select Portfolio Servicing, Inc.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/28/24

Terrence S. Miller
**CLERK OF THE COURT**