United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                      Case No. 20-01242-HWV

Michael A. Mimoso                                          Chapter 13

Amelie Mimoso

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 2

Date Rcvd: Jul 10, 2024                       Form ID: pdf010                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

**Recip ID**       **Recipient Name and Address**
db/jdb         +  Michael A. Mimoso, Amelie Mimoso, 512 W. Areba Avenue, Hershey, PA 17033-1605

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:**

**Name**       **Email Address**

Bernadette Irace
       on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com  bkecf@milsteadlaw.com

Denise E. Carlon
       on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Gary J Imblum
       on behalf of Debtor 1 Michael A. Mimoso gary.imblum@imblumlaw.com
       gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
       on behalf of Debtor 2 Amelie Mimoso gary.imblum@imblumlaw.com
       gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Mario J. Hanyon

on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Roger Fay

on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
MICHAEL A. MIMOSO : CASE NO. 1:20-bk-01242-HWV
aka MICHAEL A. MIMOSOORTIZ :
aka MICHAEL A. ORTIZ : CHAPTER 13
AMELIE MIMOSO :
aka AMELE MIMOSO :
          Debtors :

ORDER OF COURT
PERMITTING FIFTH APPLICATION OF ATTORNEY FOR CHAPTER
13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Fifth Application of Attorney for Chapter 13 Debtors for

Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative

Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C.,

by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as

Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4)

will be allowed for the payment in the sum of $1,324.53 for fees and $55.47 for costs, for a

net amount due of $1,380.00 for the time period of November 19, 2022 through May 7, 2024.

By the Court,

_Henry W. Van Eck (signature)_

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 9, 2024